UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| CARLO M. CROCE | : |
| | : Case No. 2:17-cv-00338 |
| Plaintiff, | : |
| | : Judge James L. Graham |
| vs. | : |
| | : Magistrate Judge Preston Deavers |
| DAVID A. SANDERS | : |
| | : |
| Defendant. | : |

_____

# Exhibit 4 to Defendant's Appendix in Support of Motion for Summary Judgment – 11/10/2017 Croce Answers to Interrogatories

# DESIGNATED AS CONFIDENTIAL BY PLAINTIFF