## EXPERT REPORT OF DR. ALAN R. PRICE

I have been retained by counsel for Dr. Carlo Croce, a Distinguished Professor of Cancer Biology and Genetics at The Ohio State University (OSU), to provide my opinion regarding statements made by Dr. David Sanders, Associate Professor of Biological Sciences, Purdue University, who made multiple public allegations of falsification and plagiarism constituting possible research misconduct on the part of Dr. Croce. It is my opinion after review of these allegations and related documents, based upon my background, education and experience, to a reasonable degree of professional certainty, that the allegations and evidence reviewed do not support any allegations made by Dr. Sanders that Dr. Croce engaged in falsification, plagiarism or research misconduct as those terms are defined by the National Institute of Health (NIH) and by The Ohio State University (OSU) Rules Concerning Research Misconduct and as understood and used in the academic community.

Background

I earned a Ph.D. in Biochemistry at the University of Minnesota, and I was a postdoctoral fellow at Michigan State University in Biochemistry. From 1970 until 1981, I worked at the University of Michigan Medical School, first as Assistant, then tenured Associate, Professor, and later as Assistant Dean for Research Development. From 1981 until 1987, I served as Assistant Vice President and Acting Associate Vice President for Research for the University of Michigan. From 1987 to 1992, I worked at the National Institutes of Health (NIH) in Bethesda, Maryland, as Program Officer in Genetics of Aging, Human Subjects Protection Officer, and Senior Scientist and Assistant Director in the Office of Scientific Integrity (OSI). From 1992 until my retirement in 2006, I worked in the Office of Research Integrity (ORI) at the U.S. Public Health Service (PHS) within the federal Department of Health and Human Services (HHS), first as the Chief of the Investigations Branch (1992-1999), then as the Acting Director of the Division of Investigative Oversight (DIO) (1999-2000), and then as the Associate Director for Investigative Oversight to 2006. A complete copy of my Curriculum Vitae is located at Appendix, Exh. 1.

From 1989 to 2006, we in OSI/ORI handled more than 3,000 allegations/queries and more than 700 formal inquiries or investigations, and we made more than 175 findings of scientific/research misconduct. During my last decade in ORI, I reviewed and handled all of the allegations received by ORI from individuals, institutions, and the NIH, which receives applications for, and awards most of, the HHS funding for biomedical research. My staff and I also personally reviewed and analyzed all of the reports of inquiries and investigations received from hospitals, universities, and other research institutions funded by HHS/NIH research grants. Thus, no one person in the United States may have seen, handled, and resolved more allegations, investigations, and overseen cases of scientific/research misconduct than I have.

I know from personal decision-making and experience what ORI considers to be scientific/research misconduct and what does not, as well as what ORI expects of research institutions in carrying out their duties in responding to allegations of research misconduct as required by the PHS Regulations at *42 CFR Part 93* (the "Regulations"). During the past thirteen years, I have been consulting formally with individuals and institutional officials on such matters, as Price Research Integrity Consultant Experts (PRICE).

EXHIBIT

B

Page 2             Expert Report of Dr. Alan Price for D. Sanders-Defamation Suit by C. Croce

My curriculum vitae (Appendix, Exh. 1) includes all publications that I have authored and conference presentations that I have made. In the past ten years, I have published 2 papers:

(1) Price, Alan R., "Research misconduct and its federal regulation: the origin and history of the Office of Research Integrity – with personal views by ORI's former Associate Director for Investigative Oversight," *Accountability in Research* 20: 291–319 (2013).

(2) Price, Alan R., and Daroff, Robert, "Historical Model for Editor and Office of Research Integrity Cooperation in Handling Allegations, Investigation, and Retraction in a Contentious Case (Abbs) of Research Misconduct," *Accountability in Research* 22: 63-80 (2015).

Compensation

I have not testified in the past four years in court; I was deposed in 2018 for a pending civil suit in Rhode Island.  For my work on this engagement, I have billed $250 per hour. Going into deposition/testimony time, I will bill at $400 per hour, plus out-of-pocket travel expenses.

Documents Reviewed

I have based my opinions expressed in this report on my review of the documents provided to me by counsel for Dr. Croce, listed in Appendix, Exh. 2.


I.      **THE ORI/PHS REGULATIONS AND UNIVERSITY POLICY REQUIREMENTS**

        A.      PHS Regulations on Research Misconduct

        Under federal law, any institution that applies for or receives HHS funding for biomedical or behavioral research must take actions to ensure the integrity of all HHS-supported research, including having primary responsibility for responding to and reporting allegations of research misconduct. Each institution applying for or receiving HHS-supported funding must comply with the HHS/PHS Regulations on research misconduct, entitled the "Public Health Services Policies on Research Misconduct." *(42 CFR Part 93)* These Regulations define "research misconduct" as: "fabrication, falsification, or plagiarism in proposing, performing, or reviewing research, or in reporting research results.  (a) Fabrication is making up data or results and recording or reporting them. (b) Falsification is manipulating research materials, equipment, or processes, or changing or omitting data or results such that the research is not accurately represented in the research record. (c) Plagiarism is the appropriation of another person's ideas, processes, results, or words without giving appropriate credit.  (CFR § 93.103)

        These Regulations also state that research misconduct "does not include honest error or differences of opinion," and they require that for any finding of research misconduct "[t]here be a significant departure from accepted practices of the relevant research community" as well as that,

Page 3            Expert Report of Dr. Alan Price for D. Sanders-Defamation Suit by C. Croce

"[t]he misconduct be committed intentionally, knowingly, or recklessly" *(CFR § 93.104(a)* and *(b))*
Any such misconduct must be proved by a preponderanced of the evidence. *(CFR § 93.104(c))* and
*(CFR § 93.106(a) and (b))* The Regulations also require "due consideration to admissible, credible
evidence of honest error or difference of opinion presented by the respondent." *(CFR § 93.107(2))*

    B.    Ohio State University Policy

The "University Policy and Procedures Concerning Research Misconduct" for OSU, found at
http://orc.osu.edu/files/Misconduct_Policy.pdf, states:

> First, the University wishes to protect both the integrity and the reputation of research and
> scholarship produced by members of the University community... The second objective
> served by this Policy is to protect the integrity and reputation of the University and its
> scholars from false or unproven allegations of research misconduct. For this reason, the
> University assumes that a person accused of research misconduct is innocent of any
> allegations until the contrary has been established by a final decision reached under this
> Policy and the applicable disciplinary rules or procedures.
>
>                                        (OSU Policy, Sec. I, Para. A)

Moreover and importantly, OSU's Policy (Sec. III, Para. A) uses the same definition as the federal
Regulation cited above.

## II.    Public Statements reportedly made by Dr. Sanders about Dr. Croce

Dr. Sanders reportedly made statements to members of the national press, who published these
statements:

    A.    *New York Times (NYT)* article.

*New York Times* reporter James Glanz began communicating regularly with Dr. Sanders
about Dr. Croce's research papers beginning in August 2016 (Glanz email, DS00003121), after
being introduced by *NYT* reporter Ben Carey, who had been contacted by Dr. Sanders in June 2015
(Carey email, DS00002854).[2]  In November 2016, Mr. Glanz sent a letter to OSU citing allegations
of research misconduct on the part of Dr. Croce, that he attributed to Dr. Sanders.[3]  Mr. Glanz, with

---

[2] Dr. Sanders stated in his email to Mr. Carey on January 26, 2016, in regard to a NCI Outstanding
Investigator Award being given to Dr. Croce: "CC is being rewarded for his misconduct." (DS00002868)

[3] Mr. Glanz wrote in his November 23, 2016, letter to OSU:

> 2. Dr. Sanders argues - because in his observation the image fabrication, duplication and
> mishandling, and plagiarism in Dr. Croce's papers is routine and because the authors routinely
> dispute those allegations when confronted with them through the journals - that Dr. Croce is
> knowingly engaging in scientific misconduct and fraud. (p. 1, DS00000001)

Page 4          Expert Report of Dr. Alan Price for D. Sanders-Defamation Suit by C. Croce

Agustin Armendariz, published an article on the front page of the NYT digital version on March 7, 2017. This article was published on March 9, 2017, on the front page of the *NYT* print version, under the headline, "Years of Ethics Charges but Star Cancer Researcher Gets a Pass." https://www.nytimes.com/2017/03/08/science/cancer-carlo-croce.html

The *NYT* article stated:

> Since 2014, another critic, David A. Sanders, a virologist who teaches at Purdue University, has made claims of falsified data and plagiarism directly to scientific journals where more than 20 of Dr. Croce's papers have been published. It's a "reckless disregard for the truth," Dr. Sanders said in an interview...

> David A. Sanders, a virologist at Purdue University, has concluded that the blots in at least three lanes in Figure 1B in a 2005 paper by Dr. Croce were improperly duplicated…

> After receiving several tips on Dr. Croce's work, Dr. Sanders said, he decided to undertake yet another moonlighting effort: as a "freelance ethicist."  "A lab that is engaging in violating scientific norms is being rewarded for that very effort," he said.

Dr. Sanders posted the *NYT* Article to his Twitter page @DavidSandersRep) on March 8, 2017, with the claim the article "features my role as a datamanipulation archaeologist."

## B.    *USA Today (USAT)* **article**

Dr. Sanders did not stop with the *NYT*.  A reporter, Meghan Holden, for *Lafayette Journal & Courier*, an affiliate of the USA TODAY Network, contacted Dr. Sanders soon after the *NYT* article appeared, and she wrote an article published March 22, 2017, in *USA TODAY* and the affiliate's newspaper.
[available at    https://www.jconline.com/story/news/college/2017/03/22/purdue-biologist-calls-out-cases-scientific-misconduct/99449866/ ]

The *USAT* Article stated:

> But that didn't stop Sanders from alleging that Dr. Carlo Croce, a prominent cancer researcher at Ohio State University, falsified data or plagiarized text in more than two dozen articles Croce has authored. For the past two-plus years, Sanders has contacted scientific journals in which the articles appeared to alert them of his concerns. Earlier this month, he went more public with his claims in an investigative piece by the New York Times that delved into years of ethics charges against Croce.

---

7. Has Dr. Croce informed Ohio State of the misconduct charges that Dr. Sanders has been sending to the journals? (p. 2, DS00000002)

Page 5          Expert Report of Dr. Alan Price for D. Sanders-Defamation Suit by C. Croce

"There are, and I anticipate there will be additional, consequences for my career," Sanders said....  He doesn't view the act of calling out his peers as a risk, however. "I see that as an obligation," he said.

Sanders was tipped off to possible discrepancies within some of Croce's articles and started to dig in from there. What Sanders found was what he calls a pattern of data being duplicated within either the same article or within other papers in which Croce is listed as an author. He said he also found acts of textual plagiarism.

"If you wanted to just make up data you could do it in a way that's much more difficult to detect, but they didn't because they were able to get away with this relatively simple manipulation," Sanders said. "They continued to do it over and over again."

"The fact that they're getting (grants) having engaged in this activity means somebody else who is honest is not receiving them," Sanders said.

Dr. Sanders posted the *USAT* Article to his Twitter page @DavidSandersRep) on March 22, 2017.

## III.    Private Statements by Dr. Sanders to OSU officials

In addition to the *NYT* and *USAT* statements, Dr. Sanders also made statements to OSU officials about his concerns and allegations about numerous papers including Dr. Croce as a coauthor, on March 27, 2017, June 14 and 16, 2017, October 3, 2017, August 24, 2018 and February 25, 2019.

In his statements to the OSU officials who handle accusations of research misconduct, Dr. Sanders over raised more than 200 specific, detailed concerns about falsification and plagiarism in publications by Dr. Croce and his coauthors.


## IV.    Opinions

As detailed above, statements were published in March 2017 by two sets of reporters, for the nationally widely-read *NYT* and *USAT*, which they attributed to Dr. Sanders.  Dr. Sanders in turn immediately gave these statements further publicity by tweeting them @DavidSandersRep, and linking to the Twitter page of the *NYT* reporter.  Thus, Dr. Sanders talked to these reporters and others[5] purposefully, wanting to assure publication of his allegations against Dr. Croce.

---

[5] Dr. Sanders had also corresponded in the summer of 2014 with another science journalist abroad, Peter Aldhous, about publicizing in *Nature* his allegations about Dr. Croce's papers, in a "misconduct" context:

– August 13, 2014, Aldhous followup email to Sanders (DS00004336)
        Hi, David. I'm still waiting for Nature to confirm whether they're interested in this.. I think there

Page 6          Expert Report of Dr. Alan Price for D. Sanders-Defamation Suit by C. Croce

<u>Falsification, Plagiarism and Research Misconduct Defined</u>

Dr. Sanders' accusations that Dr. Croce engaged in falsification, plagiarism and research misconduct are false, in my opinion, based on the lack of evidence against Dr. Croce in the documents that I have reviewed. Each is addressed separately below.

<u>Falsification</u>

As previously noted, "falsification" is defined by both PHS and OSU as "manipulating research materials, equipment, or processes, or changing or omitting data or results such that the research is not accurately represented in the research record." Here, I have seen no evidence that Dr. Croce engaged in "manipulate[ing] research materials, equipment or processes," or "change or omit data or results" in any of the papers that Dr. Sanders pointed out. The images that were the subject of Dr. Sanders' falsification claims were created, based on the evidence and testimony available to me, by someone else, not by Dr. Croce (see list, Exh. 3).

The accusations of falsification made by Dr. Sanders against Dr. Croce were discussed in Dr. Sanders' deposition. His answers to questions[6] made clear that he had made the allegations without actually knowing whether Dr. Croce was involved in creating these questioned images.

---

will be some debate over how hard to push on circumstances like these in the light of this tragedy.

– August 13, 2014, Sanders response email to Aldhous (DS00004336)
Peter... I agree there needs to be careful considering in matters such as these cases. However, if there is an outside responsibility to be borne in such tragedies, it is by the researchers who have committed the misconduct and exposed colleagues, mentors, and institutions to reproach. A message to the scientific community that data manipulators and plagiarists are treated with impunity is not the appropriate outcome. David

[6] An Exhibit# 68 was presented to Dr. Sanders at his deposition, which identified the allegations of falsification that he had previously made against Dr. Croce. He was questioned as to whether or not it was a complete list and whether he knew who had created the questioned images. He replied that he did not remember allegations # 20, 21, 23 or 24, so he did not know who actually created them, and he was unsure about #3 and 14 as well. (Sanders 3/28/2019 deposition, pp. 140-143). He then answered a direct question about Dr. Croce: "Q: Okay. Do you know, Dr. Sanders, whether or not Dr. Croce saw any of the images in the manuscripts identified in Exhibit 68 before they were published? A: I do not know." (Sanders 3/28/2019 deposition, p. 144)

Page 7          Expert Report of Dr. Alan Price for D. Sanders-Defamation Suit by C. Croce

Here I assume that Dr. Croce has denied[7] that he prepared any of the images that are the subject of Dr. Sanders' falsification claims. Given that Dr. Sanders admitted in his deposition that he had no information that Dr. Croce himself was involved in creating such images for publication, then if Dr. Croce was not involved in the preparation of the images (and did not have them changed) that were the subject of Dr. Sanders' complaints, he could not have engaged in image falsification, and Dr. Sanders' accusations against Dr. Croce that he did so are false.

Plagiarism

As previously indicated, plagiarism is "the appropriation of another person's ideas, processes, results, or words without giving appropriate credit. " Dr. Sanders was questioned during his deposition about the allegations of plagiarism he made against Dr. Croce and his coauthors. His answers[8] made clear that he had made the allegations without actually knowing whether Dr. Croce was involved in creating these questioned texts for publication.

No evidence that I have seen indicates that Dr. Croce authored any of the allegedly plagiarized text, and Dr. Sanders confirmed he has no such information. Accordingly, if Dr. Croce was not involved in the production of the questioned text nor directed its wording, then Dr. Sanders' accusations that Dr. Croce engaged in plagiarism are false. Dr. Sanders had no basis for making, against Dr. Croce personally, "claims of falsified data and plagiarism directly to scientific journals where more than 20 of Dr. Croce's papers have been published...," which Dr. Sanders reportedly called a "reckless disregard for the truth." [9] (*NYT* article). Dr. Sanders also appeared to have no

---

[7] Dr. Croce addressed in his deposition the accusations raised by Dr. Sanders and the NYT:

> Q: . .. So, first of all, before we look at some specifics in the document, just in your own words why did you file a lawsuit against Dr. Sanders? A. Because I was accused of doing things that I never did, and my reputation has been assaulted and -- by a lot of lies, and so for a scientist a reputation is enormously important and I felt extremely bad that my reputation was assaulted when I did all the time all my jobs... I always believe in integrity of science and so I felt that this was an attack on my reputation and I think on science because the way that's been done has been very disgraceful... [t]he accusation by The New York Times and Dr. Sanders.
> (Croce 3/27/2019 deposition, p. 12-13)

[8] An Exhibit 73 was presented to Dr. Sanders during his deposition, a compilation of all of the accusations of plagiarism he made against Dr. Croce. Dr. Sanders admitted that, except for the those identified as #1 and #11 (whose authors are specifically identified therein), and #9 (that was admittedly authored by Dr. Gasparini), he did not know who authored texts in question: "Q: Okay. Because other than for number 9, 11 and 1 manuscripts identified in Exhibit 73, you don't know who wrote the allegedly plagiarized text, I assume you don't know whether or not Dr. Croce did? A: Correct." (Sanders 3/28/2019 transcript, p. 147). Dr. Sanders also said that he had not made any effort to determine who actually authored the allegedly plagiarized text. (Sanders 3/28/2019 transcript, p. 147-148)

[9] Dr. Sanders confirmed in his deposition that he said that to Mr. Glanz. (Sanders 3/28/2019 deposition, p. 198-199)

Page 8          Expert Report of Dr. Alan Price for D. Sanders-Defamation Suit by C. Croce

basis for reportedly "alleging that Dr. Carlo Croce, a prominent cancer researcher at Ohio State University, falsified data or plagiarized text in more than two dozen articles Croce has authored..." [and stated himself]  "The fact that they're getting (grants) having engaged in this activity means somebody else who is honest is not receiving them." [10] (*USAT* article)

<u>Research Misconduct</u>

Because I have seen no evidence that Dr. Croce did engage in falsification or plagiarism, he could not have engaged in research misconduct, which requires more than falsification or plagiarism. To constitute research misconduct, one must first have engaged in falsification, fabrication or plagiarism in proposing, performing, reviewing or reporting research results, committed intentionally, knowingly or recklessly, been a significant departure from accepted practices of the relevant research community, and not been the result of an honest error.

None of that had occurred here from the evidence that I have seen. None of the evidence suggests that Dr. Croce did falsify, fabricate or plagiarize any research result, and intentionally, knowingly or recklessly report any falsified or plagiarized research results. His conduct, in relying upon his laboratory personnel and others, was consistent with the commonly accepted practices of the relevant research community; nothing I have seen about the manner in which Dr. Croce apparently conducted himself could constitute research misconduct as defined by both the PHS/ORI and OSU.

In fact, based on the evidence produced for the extensive OSU inquiry into Dr. Sanders' many allegations over the past two years, including interviews and formal statements by the relevant witnesses and coauthors of the numerous papers (see list in Exh. 3), there appears to have been no basis to make allegations of research misconduct against Dr. Croce himself.

**Conclusion**

In summary, it is my opinion that Dr. Sanders purposefully sought reporters who would make public his allegations of falsification and plagiarism in many of Dr. Croce's publications, finally being interviewed in March 2017 by *NYT* and *USAT* reporters, who published his statements, alleging that Dr. Croce had engaged in falsification, plagiarism and research misconduct. Dr. Sanders then tweeted openly and linked his Purdue laboratory website to these newspaper reports.  However, based upon the extensive materials I have reviewed, these allegations by Dr. Sanders against Dr. Croce appear to me to be false; I have seen no evidence to support them as possible research misconduct by Dr. Croce himself.

---

[10] Dr. Sanders confirmed this statement in his deposition that he had in form or substance said something like that.  (Sanders 3/28/2019 deposition, p. 155-156)

Page 9          Expert Report of Dr. Alan Price for D. Sanders-Defamation Suit by C. Croce

I would be happy to answer any questions about this expert opinion.

Sincerely,

Alan R. Price, Ph.D.
Price Research Integrity Consultant Experts
Former Associate Director of the U.S. Office of Research Integrity

June 27, 2019

Page 10          Expert Report of Dr. Alan Price for D. Sanders-Defamation Suit by C. Croce

**APPENDIX FOR ALAN R. PRICE EXPERT REPORT**

EXH. 1          Curriculum vitae of Alan R. Price

EXH. 2          List of Case Documents Reviewed, Provided by Legal Counsel for Dr. Croce

EXH. 3          List of Admissions of Responsibilities by Croce Coauthors for Images and Texts

# Exhibit 1

**ALAN  R.  PRICE,  Ph.D.**
**Curriculum vitae**

**PERSONAL:**

| | |
|---|---|
| Born: | January 15, 1942, in Pontiac, Michigan – Alan Roger Price |
| Married: | July 14, 1962, Katherine Ralph, four children, eight grandchildren |

**EDUCATION:**

| | |
|---|---|
| Florida State University | 1960-64 |
| B.S. (Chemistry, *summa cum laude*) | 1964 |
| | |
| University of Minnesota | 1964-68 |
| Ph.D. (Biochemistry, minor Organic Chemistry) | 1968 |
| | |
| Michigan State University, Biochemistry Department | 1968-69 |
| Postdoctoral Research Fellow | |
| | |
| University of Copenhagen, Division of Biological Chemistry B | 1976-77 |
| Sabbatical research, Copenhagen, Denmark, Europe | |

**PROFESSIONAL APPOINTMENTS:**

| | |
|---|---|
| Assistant Professor and tenured Associate Professor | 1970-87 |
|     Department of Biological Chemistry, Medical School | |
|     University of Michigan, Ann Arbor, Michigan | |
| | |
| Assistant Dean for Research Development | 1978-81 |
|     Medical School, University of Michigan | |
| | |
| Assistant and Acting Associate Vice President for Research | 1981-87 |
|     University of Michigan | |
| | |
| National Institutes of Health, Bethesda, Maryland | 1987-92 |
|     National Institute on Aging, Genetics Program Officer | 1987-88 |
|     Office for Protection from Research Risks | |
|         AIDS Unit Assurance Coordinator | 1988-89 |
|     Office of Scientific Integrity | |
|         Senior Scientist and Assistant Director | 1990-92 |
| | |
| U.S. Public Health Service, Rockville, Maryland | 1992-2006 |
|     Office of Research Integrity: | |
|         Chief, Investigations Branch | 1992-99 |
|         Acting Director, Div. of Investigative Oversight | 1999-2000 |
|         Associate Director for Investigative Oversight | 2000-2006 retired |
| | |
| **Price Research Integrity Consultant Experts (consulting company)** | 2006 to date |

2

**AWARDS OF PROFESSIONAL OR EDUCATIONAL SIGNIFICANCE:**

| | |
|---|---|
| Full-paid 4-year scholarship from Continental Baking Company | 1960-64 |
| Basic Studies Honors Program, Florida State University | 1960-62 |
| Outstanding Baking Science Student | 1961-62 |
| Phi Eta Sigma National Freshman Honorary | 1961 |
| Phi Kappa Phi National Honorary | 1964 |
| Phi Beta Kappa National Honorary | 1964 |
| National Institutes of Health Traineeship, Univ. of Minnesota | 1964-65 |
| National Science Foundation Graduate Fellow | 1965-68 |
| National Institutes of Health Postdoctoral Fellow, Michigan State | 1966-69 |
| Sigma Xi National Honorary and Research Award | 1969 |
| University of Michigan Distinguished Service Award | 1973 |
| Josiah Macy Jr. Foundation Faculty Scholar Award, for sabbatical leave in Copenhagen, Denmark | 1976-77 |
| American Council on Education Fellow in Academic Administration, University of Michigan | 1980-81 |
| Florida State University "Grad Made Good" ODK award | 1992 |

**PROFESSIONAL SOCIETY MEMBERSHIPS:**

| | |
|---|---|
| Univ. of Minnesota Biochemistry Club (President in 1967) | 1964-68 |
| American Association for Advancement of Science | 1965-90 |
| American Society for Microbiology | 1971-87 |
| Applied Research Ethics National Association | 1986-89 |
| American Society for Biochemistry and Molecular Biology, in the Federation of American Societies for Experimental Biology (elected member) | 1975-2005 |

3

**GOVERNMENT AWARDS:**

| | | |
|---|---|---|
| NIH Cash Award for special OSI projects leadership | | 1991 |
| NIH Director's Award, for outstanding performance | 1992 | |
| PHS Cash Award for organizing Plagiarism Conference | | 1993 |
| PHS Outstanding DRI / ORI Team Performance Award | | 1996 |
| PHS Special Cash Award for Outstanding Performance | | 1997 |
| PHS Outstanding ORI Team Performance Award | | 1999 |
| PHS Outstanding DIO / ORI Team Performance Award | | 2000 |
| Assistant Secretary for Health Special Recognition Award | | 2000 |
| PHS Outstanding DIO / ORI Team RRTA Performance Award | | 2002 |

[NOTE: The Office of Scientific Integrity (OSI) was based at the National Institutes of Health (NIH), and the Office of Research Integrity (ORI) was part of the U.S. Public Health Service, under the Office of the Assistant Secretary for Health, with NIH in Department of Health and Human Services.]

**PROFESSIONAL CONSULTING AND TEACHING ACTIVITIES SINCE 2006**:

Following my 17 years of service at the University of Michigan in Ann Arbor (1970-1987) — as a teaching and research professor, as well as a decade as a senior research administrator in the Medical School and the University as a whole — and following my additional 19 years of service for the Federal Government in Washington, D.C., and Rockville, Maryland (1987-2006) — as a research grant and policy administrator at the National Institutes of Health (NIH) and as a top-level research misconduct investigator for the Office of Research Integrity (ORI) (see my detailed duties and accomplishments described below), I then chose to retire in April 2006 from full-time metro-work to the great Hill Country of Austin, Texas. There I created and registered my own professional advisory/consulting firm to continue to use my 4 decades of academic and federal expertise: Price Research Integrity Consultant Experts (P.R.I.C.E.).

**Price Research Integrity Consultant Experts** is a company I created in Texas in 2006 to advertise and to make available nationwide and worldwide my expert services to those institutions and individuals in need of assistance in understanding the regulations, policies, and practices that govern research misconduct investigations and standards for research integrity. I provide advice, analyze allegations and institutional policy problems, investigate specific allegations, evaluate responses to allegations and reports, write analytical reports with my professional opinions, and testify at hearings or trials if required. My clients are often legal counsels, individual complainants (whistleblowers), respondents who have been wrongly charged or wrongly convicted, and institutional officials, including Research Integrity Officers (RIOs) and counsels. I offer seminars and small group educational programs about such matters, including my major cases in ORI.

I have provided expert investigative/advisory services on policies and investigations to many universities/ research institutes on policies/investigations related to research integrity/misconduct including: Department of Justice USA, University of Texas at Austin, University of Pennsylvania, University of Colorado Denver, Johns Hopkins University, Texas State University, St. Jude Children's Research Hospital, Stanford Univ., Rowan University, Rice University, Ohio University, Ohio State University, and Drexel University.

4

<u>Price Research Integrity Consultant Experts (continued)</u>:

In addition, I have provided since 2006 confidential expert consulting and advisory services to individual professionals at many institutions, including: Yale University, Utah State University, University of Washington, University of Tulsa, University of Texas at Austin, University of Rhode Island, University of Pittsburgh, University of North Carolina at Charlottesville, University of Nebraska, University of Missouri, University of Minnesota, University of Massachusetts at Lowell, University of Maryland at Baltimore, University of Louisville, University of Kentucky, University of Florida, University of Delaware, University of Connecticut Health Center, University of California at San Diego, University of California at Los Angeles, University of California at Berkeley, The Veterans Administration Medical Centers in Brooklyn, in Eastern Colorado, and in Pittsburgh, Syracuse University, St. Lukes Hospital, Rush University, Rowan University, Path Medical Center, Ohio State University, Northwestern University, National Institutes of Health Intramural Program, Mt. Sinai Medical Center in New York, Michigan State University, Mayo Clinic, M.D. Anderson Cancer Center, Massachusetts Institute of Technology, Massachusetts General Hospital, Kansas University, Hampton University, George Washington University, Fred Hutchinson Cancer Research Center, Emory University, Embry-Riddle Aeronautical University, Duke University Medical Center, Danbury Hospital, Cornell University, City of Hope Medical Center, Case Western Reserve University, California State University at Los Angeles, and California Institute of Technology.

Furthermore, since 2006, I have presented several invited seminars for faculty and research staff and talked in graduate student courses at the University of Washington, University of Texas Medical Branch at Galveston, University of Texas at Austin, University of Minnesota, University of Houston, University of Arkansas for Medical Sciences, Roswell Park Cancer Institute, Massachusetts Society for Medical Research, and the Office of Research Integrity (ORI) Research Integrity Officers (RIO) Boot Camp and The ORI at 20: Research Integrity Leadership Conference, as well as for a webinar and four publication ethics short-courses for the Council of Science Editors.    See P.R.I.C.E. Website: www.researchmisconductconsultant.com


**MAJOR ADMINISTRATIVE ACCOMPLISHMENTS IN FEDERAL / UNIVERSITY POSITIONS:**

My administrative responsibilities and accomplishments have built upon my faculty research, research administrative expertise, and interpersonal communication skills, and focused on leadership and service for scientists and officers in research, program management, and institutional ethical, regulatory responsibilities for 17 years at a university and 19 years within the Federal Government.

**Federal Government Positions:**

**<u>Office of Scientific Integrity / Office of Research Integrity:</u>**

I served in 1990-1992 as Senior Scientist/Assistant Director, Office of Scientific Integrity (OSI), Office of the Director, National Institutes of Health, then as Chief of Investigations Branch A, Division of Research Investigations (DRI), Office of Research Integrity (ORI), United States Public Health Service (PHS) in the Department of Heath and Human Services of the Federal Government.

5

**MAJOR ADMINISTRATIVE ACCOMPLISHMENTS IN FEDERAL / UNIVERSITY POSITIONS:**

**Federal Government Positions:**

**OSI/ORI (continued):**

I served as a senior official in ORI from 1992 until 2006.

As Assistant Director for OSI's Division C, I was responsible for managing the U.S. Public Health Service system for institutional assurance of compliance with PHS's misconduct regulations, with my review of institutional policies and procedures. Furthermore, I developed and implemented PHS policies for (1) amended assurances for small organizations unable to avoid conflicts of interests; (2) temporary restricted awards for non-assured institutions; and (3) annual reports on institutional activities and assurance updates.

As Assistant Director for OSI and its Investigative Division A, later the ORI Investigations Branch A, my primary responsibility was the organization of cases and the structuring of OSI/ORI inquiries and investigations into alleged scientific misconduct at major research institutions. I trained and supervised several professional caseworkers in their misconduct investigation activities, as well as conducting my own investigations and writing official ORI reports for the NIH; Alcohol, Drug Abuse and Mental Health Administration (ADAMHA); and Office of the Assistant Secretary for Health.

As Acting Director of ORI's Division of Investigative oversight (DIO) and then ORI Associate Director for Investigative Oversight, from 1999 to 2006, I reviewed, criticized, and wrote hundreds of evaluative reports on investigations conducted by universities and research centers. I oversaw and approved the similar activities by the eight senior scientist-investigators with six administrative staff members (paralegal, database manager, file clerks, writer-editor, and administrative assistant).

Additionally, I worked on research misconduct cases conjointly with the Office of Inspector General of the National Science Foundation (NSF). Many of our 750 cases involved major evidence of scientific misconduct (plagiarism, falsification, or fabrication of research results). Interactions with university and PHS institute and agency officials (including answering their questions, arranging visits, asking them to sequester original notebooks for investigation, and evaluating their reports) were a sensitive and important aspect of my responsibilities for ORI. In other areas, I organized and made presentations at ORI's national workshops: to educate research integrity officers and other university officials on ORI's investigative and assurance procedures; to foster interactions with editors of biomedical journals; and to encourage national interchanges on issues involving plagiarism or "curbstoning" by survey interviewers. I have also given formal talks at many university symposia and at national conferences, as well as international meetings across the Western Hemisphere.

**Office for Protection from Research Risks at the National Institutes of Health:**

6

**MAJOR ADMINISTRATIVE ACCOMPLISHMENTS:**

**Federal Government Positions:**

<u>**OPRR at NIH (continued):**</u>

In 1988-1999, I was the Assurance Coordinator and the chief administrator for the new AIDS Unit in NIH's Office for Protection from Research Risks (OPRR). I was responsible for negotiating institutional Single Project Assurances with extramural institutions, for protection of human subjects in AIDS research supported by NIH, ADAMHA, Centers for Disease Control (CDC), etc. I had daily communications with university officials and Institutional Review Board chairpersons about their meeting the requirements of the PHS regulations, particularly in regard to the informed consent document proposed for their PHS application research, and in regard to the new PHS policy for informing those tested of their HIV-serostatus. I also organized an expert panel for the OPRR Director to advise the Secretary of the Department of Health and Human Services on the ethics of a sensitive proposal for AIDS research using prisoners.

<u>**National Institute on Aging at the National Institutes of Health:**</u>

In my first year at the NIH, 1987-1988, I was the Program Officer responsible for all genetics research applications and grants in the National Institute on Aging (NIA), under the Biomedical Research and Clinical Medicine Division's Molecular and Cell Biology Branch. My NIA portfolio included about 100 grants on genome cloning and gene expression directed toward an understanding of the basic nature of aging. In addition to working with the scientists in the field and the NIH study sections and NIA Advisory Council, I wrote a Program Announcement on Sex Chromosomes and Aging, in follow-up to our Conference on Gender and Longevity. I coauthored a review article on Mutation, Cancer and Aging. In addition, I developed a DBASE III+ data base for tracking the Branch's applications and grants, including the ability to search for key words and generate reports for the NIA Director and Congress on specific areas (such as the use of recombinant DNA technology in biomedical research on aging).

**University of Michigan Positions:**

My positions in research administration at the University of Michigan, Ann Arbor, during the prior decade (1977-1987), were within the Medical School Dean's Office as Assistant Dean for Research Development, and in the University's Office of the Vice President for Research as Assistant and Acting Associate Vice President, including the primary responsibility for management of the review and award process for pilot research or equipment grants.

I had the delegated responsibility for the assurances and oversight monitoring for sensitive biosafety concerns at the University: human and animal subjects (with NIH OPRR), recombinant DNA, chemical and biological hazard liaison, radioisotopes, etc. My additional assignments involved the coordination for the University on other sensitive public issues (see below).

7

**MAJOR ADMINISTRATIVE ACCOMPLISHMENTS:**

**University of Michigan Positions (continued):**

Some of my major University of Michigan administrative responsibilities were, and accomplishments are:

Management of Research Funding Requests (1978-81 and 1982-87):

I coordinated for the Dean and the Vice President the review and decision-making process for the NIH Biomedical Research Support Grants, and the Preliminary Research, Research Maintenance, and Research Equipment accounts (about $1 million in total annually).

Conflicts of Interest and Commitment Task Force Report (1984-85):

I created for three Vice Presidents, and chaired, the University Task Force to develop the new Policy Statement on Avoidance of Conflicts of Interest and Commitment for the University faculty and staff.

Unit for Laboratory Animal Medicine Review and Search (1984-85):

I wrote the charge for, and served on, the review and search committee for the Dean and the Vice President, to select the new Director of the University's Unit for Laboratory Animal Medicine.

Radiation Control Service Review and Search (1985-86):

I wrote the charge and recruited the members for (and served on) the review and search committee for the Vice President, to select the new Director of the University's Radiation Control Service.

Radiowaste Management Plans (1985-87):

I represented the Vice President for Research's Office and authored the report of the committee which recommended a facility on campus to process and store its radioactive research wastes. I represented the University as liaison to the State Governor's Radioactive Waste Control Committee, educating the public and seeking a State disposal site.

Research Excellence Fund Proposal on Protein Design (1985-86):

I authored the University proposal to the State's Research Excellence and Economic Development Fund, focusing on our faculty's strengths in Protein Engineering and Design (funded at $ 0.9 million).

Center for Molecular Genetics (1980-87):

I worked with a group of fifty faculty from across the Campus who were experts in molecular genetics, to organize a retreat, write a proposal for the University's Thurnau Trust competition, and

8

**MAJOR ADMINISTRATIVE ACCOMPLISHMENTS:**

**University of Michigan Positions (continued):**

CMG at UMI (continued):

create a Vice Presidential Center for Molecular Genetics, to foster this area of biotechnology in the University and the State of Michigan, and to help recruit top faculty and postdoctoral and graduate students to the University of Michigan.

Michigan Technology Council Biomedical Committee (1981-87):

I chaired for two years the university/industry liaison group of scientists and administrators, focused on biotechnology and its commercialization in Ann Arbor and the State of Michigan.

Animal Research Issues Group (1985-87):

I created and chaired for four Vice Presidents a cooperative staff group to coordinate the University's internal and external positions on issues related to the humane use and care of animals research. Its members represented Public Relations, State and Community Relations, Lab Animal Medicine, Security, and faculty of our Statewide Michigan Society for Medical Research (I was on its Board). Additionally, I organized a meeting with the local and State humane societies, and I wrote responses to concerned citizens about the University's research using animals. I coordinated recruitment and selection of the outside members of the University's Committee on Use and Care of Animals.

Furthermore, I helped to write the University's Animal Assurance for submission to NIH OPRR. I participated in several national conferences under the OPRR, the Physicians for Responsibility in Medicine and Research (PRIM&R), and the National Association for Biomedical Research (NABR) on humane use of animals in research. I hosted the local NABR branch at the University of Michigan). I gave a talk describing our University of Michigan animal management system at an Applied Research Ethics National Association (ARENA) meeting, which was published in ARENA's newsletter and in *Grants Magazine*.

Committee of Human Subjects Review Committees' Chairpersons (1981-87):

I chaired, for the Vice President for Research, the University's central "appeals and policy committee" for protection of human subjects in research, consisting of the chairpersons of the twelve school/college Institutional Review Boards. I wrote the University's Assurance for Human Subjects protection for submission to NIH OPRR.

Integrity of Scholarship and allegations (1984-86):

I recommended to the Vice Presidents, created, and served on a Task Force on Integrity in Research,

9

**MAJOR ADMINISTRATIVE ACCOMPLISHMENTS:**

**University of Michigan Positions (continued):**

Integrity of Scholarship and allegations (continued):

coordinating its report and review/approval process through the various University channels. I also confidentially advised faculty and students about misconduct (plagiarism) directed against them, and I conducted an investigative assessment of a graduate student's allegation.

Other Sensitive Issues (1978-87):

1. When a fired employee in radiation protection leveled charges of mismanagement, I structured an investigation for the Vice President, and I followed up on the report to clear the accused and to correct any deficiencies.

2. When faculty who did unclassified or classified research for the Department of Defense (DOD) were publicly "attacked," I worked with them, their deans, and the safety officer to ensure that their academic freedom to do appropriate research was maintained. In 1983 I authored for the Research Policies Committee an historical report on our non-classified DOD research.

3. When the issue of nonclassified/classified DOD research spilled over into a local city referendum, to establish a "nuclear-free zone," I served as University coordinator, suggesting faculty who might be interested in forming a citizens' committee on academic freedom and also organizing a faculty-briefing for the University Regents on the policy issue.

4. As an elected member of the University's Collegiate Institute for Values and Science (CIVS), and a member of the CIVS Executive Board in 1985-87, I participated in its monthly dinner meetings on ethics and values as applied in university research settings. I served as a Board member of the local community/academia Conference on Teaching of Ethics and Values which sponsored annual symposia on global values. I also gave a number of invited talks to local groups on ethical values in science (churches, School for Ministers, Sigma Xi banquet, Businessmen's Dinner Club, etc.).

5. As requested by the University of Michigan President, for a National Academy of Sciences Committee that he served on, I wrote in 1983 a report on the impact of export control regulations on scientific freedom at Michigan.

6. For the University's Recombinant DNA Monitoring Committee, I was responsible for recruiting the faculty chairman and the public or technical members, and for reviewing their annual report for the University's Regents.

10

**UNIVERSITY COMMITTEES, ADMINISTRATIVE SERVICE, AND RELATED ACTIVITIES:**

**University of Michigan Positions (continued):**

Teaching Students and Supporting University Education Programs:

As Assistant and Associate Professor of Biological Chemistry at the University of Michigan Medical School, each year I taught courses to students in medicine, nursing, dentistry, undergraduate college and graduate school. In 1973, I was awarded one of six University Distinguished Service Awards for my teaching and research efforts.

I was co-creator in 1983-86 of a new Biochemistry course for the innovative Inteflex Program, an integrated B.S./M.D. six-year degree program.

As Assistant Dean in the Medical School in 1980-81, I was co-originator of an NIH-funded Medical Scientist Training Program, to support fifteen joint M.D./Ph.D. students at Michigan.

**Departmental Committees:**

| | |
|---|---|
| Faculty Research Seminars Committee<br>Department of Biological Chemistry | 1970-71 |
| Plato IV - Computer-Assisted Instruction Committee<br>Department of Biological Chemistry | 1971-72 |
| Cellular and Molecular Biology Program Faculty<br>Rackham School of Graduate Studies | 1971-79 |
| Social Committee Chairman<br>Department of Biological Chemistry | 1971-72 |
| Biochemistry Staff Photographs Committee Chairman<br>Department of Biological Chemistry | 1972-76 |
| Teaching Resources Committee Chairman<br>Department of Biological Chemistry | 1972-78 |
| Chairman's Advisory Committee<br>Department of Biological Chemistry | 1972-73<br>1974-75 |
| Biochemistry Preliminary Exam Committee<br>Department of Biological Chemistry | 1972-73 |

11

**UNIVERSITY COMMITTEES, ADMINISTRATIVE SERVICE, AND RELATED ACTIVITIES**:

**Departmental Committees (continued):**

| | |
|---|---|
| Alumni Newsletter Chairman | 1971 |
| Department of Biological Chemistry | 1973-76 |
| | 1978-79 |
| Admissions Committee for Graduate Students | |
| Department of Biological Chemistry | 1973-74 |
| Honors and Awards Committee | |
| Department of Biological Chemistry | 1975-76 |
| Recruitment Brochure Committee | |
| Department of Biological Chemistry | 1978 |
| Supplemental Graduate Student Support Committee | |
| Chairman, Department of Biological Chemistry | 1978-80 |

**Medical School Committees:**

| | |
|---|---|
| Integrated Premedical-Medical Program Faculty | 1973-76 |
| Recombinant DNA Methodology Grant Request | |
| Ad Hoc Review Committee, Medical School | 1976 |
| Coordinator for Renewal Application to NIH of the Cellular and | |
| Molecular Biology Program Training Grant, Medical School | 1978 |

**University Committees:**

| | |
|---|---|
| Seminar in Academic Administration -- Alumnae Council-sponsored | |
| discussions with senior University administrators | 1978 |
| Metabolism Preliminary Examination Committee | |
| Chairman, Cellular & Molecular Biology Program | 1978 |
| Rackham Minority Fellowship Selection Committee | |
| Institute of Science & Technology, Rackham Graduate School | 1979 |
| Research Advisory Council (administrative) | |
| for the Vice President for Research | 1980-85 |

**12**

**UNIVERSITY COMMITTEES, ADMINISTRATIVE SERVICE, AND RELATED ACTIVITIES**:

### University Committees (continued):

Research Policies Committee (faculty)
    for the Vice President for Research      1980-87

Medical Scientist (MD/PhD) Training Grant
    Program Manager and Co-Creator      1979-81
    Liaison for Vice President for Research      1981-85

General Division of Health Sciences Committee      1980-86
    for the Vice President for Academic Affairs as Co-Chair      1983-84
    and as Liaison for the Vice President for Research      1981-85

Review Committee of Div. of Research Development and Administration
    for the President of the University of Michigan and
    for the Senate Assembly Committee on University Affairs      1980

Center for Molecular Genetics
    Coordinator of Meadowbrook Retreat group, Staff to Steering
    Committee and new Executive Committee,
    for the Vice Presidents for Academic Affairs and for Research      1980-87

Radiation Policy Committee (faculty & administrators)
    for the Vice President for Research      1980-87

University Committee on Computer Policy and Utilization (faculty)
    for the Vice President for Research      1980-84

University Committee on the Use and Care of Animals (faculty),
    and co-author of Institutional Assurance to OPRR/PHS
    for the Vice President for Research      1980-87

Biomedical Research Council
    Staff for the Medical School Dean      1978-81
    Liaison for the Vice President for Research      1981-87

Committee of Chairpersons of Human Subjects Review Committees
    Chairman, and Author of Institutional Assurance to OPRR/PHS
    for the Vice President for Research      1980-87

**13**

**UNIVERSITY COMMITTEES, ADMINISTRATIVE SERVICE, AND RELATED ACTIVITIES**:

### University Committees (continued):

| | |
|---|---|
| Review Committee of University Scientific Stores<br>for the Director of University Purchasing | 1981 |
| Biosafety Control Committee of Safety Unit Heads (Chairman)<br>for the Vice Presidents for Finance and for Research | 1981-87 |
| University Committee on University/Industry Interactions<br>(Michigan Research Corp.) for the Vice President for Research | 1982-83 |
| Michigan Technology Council Biomedical Committee<br>for the Vice President for Research (Chairman) | 1982-87<br>(1983-85) |
| Alumni Research Advisory Council: Coordinator and creator<br>for the Vice President for Research | 1983-84 |
| Task Force on Integrity of Scholarship: creator and staff<br>for the Vice Presidents for Academic Affairs and Research | 1983-84 |
| Collegiate Institute for Values and Science:<br>Executive Committee and elected member | 1983-87 |
| Review Committee of Unit for Laboratory Animal Medicine,<br>and Director search coordinator for Vice President for Research | 1984 |
| Review Committee of Radiation Control Service and Director search<br>coordinator for the Vice President for Research | 1985 |
| Task Force on Conflicts of Commitment and Interest (Chairman)<br>for the Vice Presidents for Academic Affairs and Research | 1984-85 |
| Animal Research Issues Group of University Staff (Chairman)<br>for the Vice President for Research | 1985-87 |

### Review Activities Outside the University:

| | |
|---|---|
| Reviewer of research grant proposals in Biochemistry and<br>Molecular Biology, for the U.S. Department of Energy and<br>for the National Science Foundation | 1974-75<br>1978-80, 1987 |

14

**UNIVERSITY COMMITTEES, ADMINISTRATIVE SERVICE, AND RELATED ACTIVITIES**:

**Review Activities Outside the University (continued):**

Reviewer of Manuscripts for Professional Journals:

| | |
|---|---|
| *Biochemistry* | 1975-78 |
| *Biochemical and Biophysical Research Communications* | 1976 |
| *Canadian Journal of Biochemistry* | 1974 |
| *Journal of Biological Chemistry* | 1971, 1978 |
| *Journal of Virology* | 1972-81 |
| *Proceedings of the National Academy of Sciences* | 1981-82 |

Reviewer of Biochemistry Textbook Manuscripts for Publishers:     1971-87

| | |
|---|---|
| John Wiley & Sons Inc. | Benjamin Inc. |
| Houghton Mifflin Inc. | Addison-Wesley Inc. |
| Saunders Company | Random House Inc. |
| MacMillan Company | Scientific American Books |

Ethics and Values Group Member (The William Bottum
Community Group):  Sponsoring Group Member     1986-87

Michigan Society for Medical Research
Elected Member, State Board of Directors     1986-87


**UNIVERSITY OF MICHIGAN RESEARCH INTEREST:**

Enzymology of Deoxyribonucleic Acid Biosynthesis; Role of Unusual Nucleosides
in Nucleic Acids; Biochemistry of Virus Infections of *Bacillus subtilis*


**RESEARCH GRANTS:**

**University of Michigan research grants:**

Medical School - NIH Gen. Res. Sup. Grant, "Synthesis of Uracil-Containing DNA," 1970, $4,500

Rackham Grad. Sch. Grant, "Synthesis of Uracil-DNA in PBS1-Infected *B.subtilis*", 1970, $5,000

American Cancer Society Inst. Grant,  "Properties and Role of dTTP Nucleotidohydrolase Induced on
Infection of *B.subtilis* by Viruses Whose DNA Contains 5-Hydroxmethyl-uracil," 1970, $3,750

15

**RESEARCH GRANTS (continued)**

**University of Michigan research grants (continued):**

American Cancer Society Institutional Research Grant, "DNA Polymerase Induction for Viral Uracil-DNA Synthesis," 1971-72, $3,000

Rackham Graduate School Faculty Research Grant, "DNA Polymerase Induction for Viral Uracil-DNA Synthesis," 1972, $1,000

Michigan Memorial Phoenix Project Research Grant, "DNA and RNA Synthesis by a Unique Virus," 1973, $3,000

American Cancer Society Institutional Research Grant, "Mechanism of Inhibition of Cultured Animal Cells by 5-Hydroxymethyl-Deoxyuridine," 1975-76, $3,750

**Federal research grant:**

U.S. Atomic Energy Commission / U.S. Energy Research and Development Administration / U.S. Department of Energy Research Grant, "Synthesis of DNA Containing Uracil or 5-Hydroxymethyl-uracil during Bacteriophage Infection of *Bacillus subtilis*", 1970-83, $359,388

**COMMUNITY SERVICE:**

| | |
|---|---|
| Licensed foster parent, for 13 children, for periods of one to twelve months, for Washtenaw County's Department of Social Services and for the private Child and Family Services, Ann Arbor, Michigan | 1975-80 |
| Parish Education Committee (Chair) and Seminar Committee for Trinity Evangelical Lutheran Church, Ann Arbor, Michigan | 1980-82 |
| United Way Solicitation campaign, Ann Arbor, Michigan: University Area V (Research) Chairman | 1984 |
| National Marriage Encounter of Ann Arbor, Michigan: Team member, presenting ten Couple Weekends, and Ann Arbor President, and Detroit Board Member | 1978-87 1983-87 |
| Geneva Presbyterian Church, Rockville, Maryland: Member, Elder, Bell Choir and Speaking Chorus member, and Lector | 1987-2006 |
| Rolling Hills Community Church, Lago Vista, Texas: Member, Chancel Choir, Liturgist, Gatekeeper, and Neighbors Helper | 2006 to date |

16

**BIBLIOGRAPHY:**

**Research Publications in Scholarly Journals:**

    <u>**Florida Sate University Undergraduate Research:**</u>

1.    Bayfield, E.G., Young, W.E., and Price, A.R. Flour Brew Studies. VIII. Water as an Ingredient: Effect of Calcium and Magnesium Ions. *Bakers Digest* <u>39</u>, No. 2, 58-64 (1965)

2.    Bayfield, E.G., Young, W.E., and Price, A.R. Flour Brew Studies. IX. Some Effects of Mono-calcium Phosphate and Calcium Gluconate in Brew Water. *Bakers Digest* <u>39</u>, No. 3, 47-49 (1965)

    <u>**University of Minnesota Doctoral Research**</u>:

3.    Price, A.R., and Warner, H.R. A Structural Gene for Bacteriophage T4-Included Deoxycytidine Triphosphate - Deoxyuridine Triphosphate Nucleotidohydrolase. *Virolog*y <u>36</u>, 523-526 (1968)

4.    Price, A.R., and Warner, H.R. Bacteriophage T4-Induced Deoxycytidine Triphosphate - Deoxyuridine Triphosphate Nucleotidohydrolase: Its Properties and its Role during Phage Infection of *Escherichia coli*. *Virology* <u>39</u>, 882-892 (1969)

    <u>**Michigan State University Postdoctoral Research:**</u>

5.    Price, A.R., and Rottman, F. Nucleic Acids from *Saprospira grandis*: The Absence of 2'-0-methyl-RNA. *Biochim. Biophys. Acta* <u>199</u>, 288-291 (1970)

6.    Price, A.R., and Rottman, F. 2'-0-Methyloligoadenylates as Templates for the Binding of Lysyl Transfer Ribonucleic Acid to Ribosomes. *Biochemistry* <u>7</u>, 4524-4529 (1970)

    <u>**University of Michigan Faculty Research:**</u>

7.    Price, A.R., and Cook, S.J., New Deoxyribonucleic Acid Polymerase Induced by <u>Bacillus subtilis</u> Bacteriophage PBS2. *J. Virol.* <u>9</u>, 602-610 (1972)

8.    Price, A.R., and Frabotta, M., Resistance of Bacteriophage PBS2 Infection to Rifampicin, an Inhibitor of *Bacillus subtilis* RNA Synthesis. *Biochem. Biophys. Res. Commun.* <u>48</u>, 1578-1585 (1972)

17

**BIBLIOGRAPHY:**

**Research Publications in Scholarly Journals (continued):**

    <u>University of Michigan Faculty Research (continued):</u>

9.    Price, A.R., Dunham, L.F. and Walker, R.L.,  Thymidine Triphosphate Nucleotidohydrolase and Deoxyuridylate Hydroxymethylase Induced by Mutants of *Bacillus subtilis* Bacteriophage SP82G. *J.Virol.* <u>10</u>, 1240-1241 (1972)

10.    Price, A.R., and Fogt, S.M., Deoxythymidylate Phosphohydrolase Induced by Bacteriophage PBS2 During Infection of *Bacillus subtilis*. *J. Biol. Chem.* <u>248</u>, 1372-1380 (1973)

11.    Price, A.R., and Fogt, S.M., Resistance of Bacteriophage PBS2 Infection to 6-(p-Hydroxyphenylazo)-Uracil, an Inhibitor of *Bacillus subtilis* Deoxyribonucleic Acid Synthesis. *J. Virol.* <u>11</u>, 338-340 (1973)

12.    Price, A.R., and Fogt, S.M., Effect of Nalidixic Acid on PBS2 Bacteriophage Infection of *Bacillus subtilis*. *J. Virol.* <u>12</u>, 405-407 (1973)

13.    Dunham, L.F., and Price, A.R., Deoxythymidine Triphosphate-Deoxyuridine Triphosphate Nucleotidohydrolase Induced by *Bacillus subtilis* Bacteriophage phi e. *Biochemistry* <u>13</u>, 2667-2672 (1974)

14.    Dunham, L.T., and Price, A.R., Mutants of *Bacillus subtilis* Bacteriophage phi e defective in dTTP-dUTP Nucleotidohydrolase. *J. Virol.* <u>14</u>, 709-712 (1974)

15.    Price, A.R., Bacteriophage PBS2 Induced Deoxycytidine Triphosphate Deaminase in *Bacillus subtilis*. *J. Virol.* <u>14</u>, 1314-1317 (1974).

16.    Price, A.R., Hitzeman, R., Frato, J., and Lombardi, K., Rifampicin-Resistant Bacteriophage PBS2 Infection and RNA Polymerase in *Bacillus subtilis*. *Nucleic Acids Research* <u>1</u>, 1497-1502 (1974)

17.    Post, L., and Price, A.R.,  Inhibition of Bacteriophage PBS2 Replication in *Bacillus subtilis* by Phleomycin. *J. Virol.* <u>15</u>, 363-371 (1975)

18.    Price, A.R. and Frato, J., *Bacillus subtilis* Deoxyuridine Triphosphatase and its Bacteriophage PBS2-Induced Inhibitor. *J. Biol. Chem.* <u>250</u>, 8804-8811 (1975)

19.    Katz, G.E., Price, A.R., and Pomerantz, M.J.,  Bacteriophage PBS2-Induced Inhibition of Uracil-Containing DNA Degradation. *J. Virol.* <u>20</u>, 535-538 (1976)

18

**BIBLIOGRAPHY:**

**Research Publications in Scholarly Journals (continued):**

    **University of Michigan Faculty Research (continued):**

20.    Neuhard, J., Price, A.R., Schack, L., and Thomassen, L., Two Thymidylate Synthetases in *Bacillus subtilis*. *Proc. Natl. Acad. Sci. U.S.A.* 75, 1194-1198 (1978)

21.    Hitzeman, R.,A. Hanel, A.N., and Price, A.R., Dextran Sulfate as a Contaminant of DNA Extracted from Concentrated Viruses and as an Inhibitor of DNA Polymerase. *J. Virol.* 27, 255-257 (1978)

22.    Hitzeman, R.A., and Price, A.R., Relationship of *Bacillus subtilis* DNA Polymerase III to Bacteriophage PBS2-Induced DNA Polymerase and to the Replication of Uracil-containing DNA. *J. Virol.* 28, 697-709 (1978)

23.    Hitzeman, R.A., and Price, A.R., *Bacillus subtilis* Bacteriophage PBS2-Induced DNA Polymerase: Its Purification and Assay Characteristics. J. *Biol. Chem* 253, 8518-8525 (1978)

24.    Hitzeman, R.A., and Price, A.R., Characterization of the *Bacillus subtilis* Bacteriophage PBS2-Induced DNA Polymerase and Its Associated Exonuclease Activity. *J. Biol. Chem.* 253, 8526-8533 (1978)

–    [ Price, A.R., and Neuhard, J., Deoxyribonucleotide Metabolism in PBS2 Phage-Infected *Bacillus subtilis*: The Discovery of Deoxyuridine Triphosphate *in vivo*. (never submitted for publication)]

–    [ Price, A.R., A Mutant of Bacteriophage PBS2 Defective in an Inhibitor of *Bacillus subtilis* Uracil-DNA N-glycosylase. (never submitted for publication)]


**Research Abstracts:**

    **University of Minnesota Graduate School Research**:

1.    Price, A.R., and Warner, H.R., Bacteriophage T4 Nucleotidohydrolase. *Federation Proc.* 27, 592 (1968)


    **University of Michigan Faculty Research:**

2.    Price, A.R., Enzymology of Uracil-DNA Synthesis by PBS2 Phage in *Bacillus subtilis*. *Bacteriophage Meetings Abstracts*, p. 81 (1971)

19

**BIBLIOGRAPHY:**

**Research Abstracts (continued):**

    <u>**University of Michigan Faculty Research (continued):**</u>

3.    Price, A.R., A new Deoxyribonucleic Acid Polymerase Induce by Bacteriophage PBS2 During Infection of *Bacillus subtilis*. *Abstracts, Annual Meeting American Society for Microbiology*, p. 243 (1972)

4.    Price, A.R., Infection of *Bacillus subtilis* by PBS2 Phage Whose DNA Contains Uracil. *Bacteriophage Meetings Abstracts*, p. 52 (1972)

5.    Dunham, L.T. and Price, A.R., Deoxyribonucleotide Metabolism after phi e Infection of *Bacillus subtilis*. *Bacteriophage Meetings Abstracts*, p. 51 (1972)

6.    Dunham, L.T., and Price, A.R.,  Properties and Role of the dTTPase-dUTPase Induced by *Bacillus subtilis* Phage phi e. *Bacteriophage Meetings Abstracts*, p. 23 (1973)

7.    Price, A.R., *Bacillus* Phage PBS2-Induced dCTP Deaminase and dUTPase Inhibitor. *Federation Proc.* <u>33</u>, 1488 (1974)

8.    Price, A.R., Effects of Inhibitors of Macromolecular Synthesis after PBS2 Phage Infection. *Bacteriophage Meetings Abstracts*, p. 98 (1974)

9.    Hitzeman, R.A., and Price, A.R., Properties of DNA Polymerase Induced by *Bacillus subtilis* Bacteriophage PBS2. *Federation Proc.* <u>36</u>, 847 (1977)

10.    Neuhard, J., and Price, A.R., Two Thymidylate Synthetases in *Bacillus subtilis*. *Abstracts, 11th Federation of European Biochemical Societies meeting*, Copenhagen, #C-6,502 (1977)


**Research Chapters in Books:**

    <u>**University of Michigan Faculty Research:**</u>

1.    Price, A.R.,  A Bacteriophage-Induced Inhibitor of a Host Enzyme (Presented at the American Society for Microbiology's *Bacilli* Conference, Cornell University), in *Microbiology* (Schlessinger, D.,ed.) p. 290-294 (1976)

2.    Price, A.R., Thymidylate Phosphohydrolase from PBS2 Phage-Infected *Bacillus subtilis*. *Methods in Enzymology* <u>51</u>, 285-290 (1978)

20

**BIBLIOGRAPHY:**

**Research Chapters in Books (continued):**

    <u>**University of Michigan Faculty Research (continued):**</u>

3.    Hitzeman, R.A., Price, A.R., Neuhard, J., and Mollgaard, H.,  Deoxyribonucleotide Triphosphate and DNA Polymerase in Bacteriophage PBS1-Infected *Bacillus subtilis*.  (Presented at the NATO Advanced Study Institute on DNA Synthesis in Sicily), in *DNA Synthesis: Present and Future* (I. Molineaux and M. Kohiyama, eds.), Plenum Press, New York, p. 255-266 (1978)

    <u>**Federal Research Grants Administration Work:**</u>

4.    Warner, H.R., and Price, A.R.  Mutations, Cancer and Aging.  A Review, in a special issue of the *Journal of Gerontology* <u>244</u>, 45-54 (1989)

**Miscellaneous Research Publications:**

    <u>**University of Minnesota Doctoral Thesis Research:**</u>

1.    Price, A.R. (Warner, H.R.),  Purification and Properties of T4 Bacteriophage-Induced Deoxycytidine Triphosphate - Deoxyuridine Triphosphate Nucleotidohydrolase.  A Doctoral Thesis Submitted to the Faculty, University of Minnesota (1968)

    <u>**University of Michigan Faculty Research, Graduate Student Theses and Education**</u>:

2.    Dunham, L.F. (Price, A.R.)  Properties and Role of the dTTP/dUTP Nucleotidohydrolase Induced after phi e Infection of *Bacillus subtilis*.  A Doctoral Thesis submitted to the Faculty, The University of Michigan (1973)

3.    Hultquist, D.E., Marino, J.P., Martin, M.M., and Price, A.R.,  A Four-Semester Chemistry-Biochemistry Sequence for Students in Medical Training.  *J.Med. Education* <u>51</u>, 57-59 (1976)

4.    Price, A.R.,  Teaching Organic and Biological Chemistry to Nursing Students,  *Biochem. Education* <u>4</u>, 11-12 (1976)

5.    Price, A.R.,  Book Review of "Handbook of Biochemistry and Molecular Biology:  Nucleic Acids, "Volume 1, 3rd Edition (Fasman, G.D., ed.) in *J. American Chemical Society* <u>98</u>, 6422 (1977)

21

**BIBLIOGRAPHY:**

**Miscellaneous Research Publications  (continued):**

**University of Michigan Faculty Research, Graduate Student Theses, and Education (cont.):**

6.    Hitzeman, R.A. (Price, A.R.)  DNA Polymerase Induced by *Bacillus subtilis* Bacteriophage PBS2. A Doctoral Thesis Submitted to the Faculty,  The University of Michigan (1978)

7.    Price, A.R.,  Synthesis of Uracil-Containing DNA by Bacteriophage PBS2 in *Bacillus subtilis.* (Presented at the American Society for Microbiology Meeting in Miami, 1980, as an Invited Seminar Speaker on "Major Modifications in Bacteriophage DNAs")


**Research-Administrative Papers and/or Presentations:**

**For the University of Michigan:**

1.    Price, A.R.,  Dealing with Scientists who Cheat, a book review of *Betrayers of the Truth* by William Board and Nicholas Wade, in *Chemical and Engineering News* (June 13), pg. 68-70  (1983)

2.    Price. A.R.,  Ethics in Academic Research:  A Christian Perspective, a discussion at the Lord of Light Lutheran student chapel,  Ann Arbor (December 5, 1983)

3.    Price, A.R., Academic Freedom and Defense-Related Research, a seminar at the First Presbyterian Church, Ann Arbor (February 2, 1984)

4.    Price, A.R.,  Honesty and Integrity in Scientific Research, Sigma Xi symposium dinner talk, University of Toledo, Ohio (May 11, 1984)

5.    Price, A.R.,  Measures of Excellence in Research Universities Across the Nation and the Economic Implications for Their States, a slide presentation to the Michigan Governor's Commission on the Future of Higher Education, in Lansing (May 14, 1984)

6.    Price, A.R.,  Ethics in Academic Research, a speech to the School for a Ministers Workshop, Clarkston, Michigan  (May 21, 1984)

7.    Price. A.R.,  Academic Freedom and Defense-Sponsored Research, a talk for the Exchange Club of Ann Arbor (October 1984)

8.    Price, A.R.,  Streamlining the Animal Research Review Process While Informing All Members of the Committee, a presentation at the Physicians for Responsibility in Medicine and Research meeting of Applied Research Ethics National Association for administrators, Boston, MA (September 28, 1986)

22

**BIBLIOGRAPHY:**

**Research-Administrative Papers and/or Presentations:**

    **For the University of Michigan (continued):**

9.     Price, A.R.,  Streamlining the Animal Research Review Process While Informing All Members of the Committee, *Grants Magazine* 10, 99-102 (1987)


    **For the National Institutes of Health / Office for Protection from Research Risks:**

10.    Price, A.R., Meeting the Letter and the Spirit of the NIH Animal Research Guidelines in a Major Research University, an Invited Seminar for research administrators of the National Institute on Aging, NIH, in Bethesda, Maryland (March 9, 1987)

11.    Price, A.R., Molecular Genetics of the Human Sex Chromosomes and Aging, a Program Announcement for the Genetic Program, National Institute on Aging, *The NIH Guide to Grants and Contracts* (March 1988)

12.    Price., A.R., Is There an Ethical Obligation To Do Good, in Addition to the Mandate Not To Do Harm?,  a seminar to the OPRR Ethics Discussion Group  (September 8, 1988)

13.    Price, A.R.,  Policies and Practices in the Federal Regulations for Protection of Human and Animal Subjects, Focused on Assurance for AIDS Research, an invited seminar for the Compliance Issues Seminar, at the Annual Meeting of the Society of Research Administrators, in Boston, Massachusetts (October 8, 1988)

14.    Price, A.R.,  Federal Regulations for the Protection of Human Subjects in AIDS Research, an invited seminar for the workshop on Redefining Protocol Review in the Face of AIDS Research, at the American Society of Law and Medicine and the Public Responsibility in Medicine and Research joint conference on Hospital, Health Care Professionals, and AIDS, in Boston, Massachusetts (December 2, 1988)

15.    Price, A.R.,  IRB's Confidentiality and AIDS Research, quoted by the Editor, *Human Research Reports*, Vol. 3, No. 12. p.3 (December 1988)

16.    Price, A.R., Assurance of Protection of Human Subjects from Research Risks:  AIDS Research, *ARENA Newsletter*, Vol. 1, No. 10, p. 3 (December 1988)

23

**BIBLIOGRAPHY:**

**Research-Administrative Papers and/or Presentations:**

   **For the National Institutes of Health / Office for Protection from Research Risks (continued):**

17.   Price, A.R.,  Frequently Asked Questions Concerning the Protection of Human Subjects Involved in Research on AIDS, drafted for the Director of OPRR, for use at an NIH National Institute for Allergy and Infectious Disease (NIAID) Workshop on their new Community Program for Clinical Research on AIDS, Bethesda, Maryland (February 21, 1989)

18.   Price, A.R.,  Risks to Human Subjects in AIDS Research: Compliance with Regulations and Policies, *ARENA Newsletter*, Vol. 2, No. 4, p. 4 (December 1989)

   **For National Institutes of Health / Office of Scientific Integrity**:

19.   Price, A.R.,  The Office of Scientific Integrity:  Regulations, Principles, and Responsibilities, an invited panel presentation to the University of Cincinnati's Faculty Workshop on Scientific Misconduct, in Cincinnati, Ohio (April 17, 1990)

20.   Price, A.R.,  Policy Issues and Congressional Interest in the Integrity of Biomedical Research, an invited seminar to the U.S. Office of Technology Assessment, in Washington, D.C. (June 8, 1990)

21.   Price, A.R.,  Mutual Responsibility of Scientists, Institutions, and the Public Health Service in Investigating Misconduct, an invited panel presentation to the Michigan Technological University's Colloquium on Responsibility, Accountability, and Correction, at Houghton, Michigan (September 21, 1990)

22.   Price, A.R.,  Annual Assurance Update and Report on Activities Related to Possible Misconduct in Science, *NIH Guide to Grants and Contracts* 19 (46), 2 (December 28, 1990)

23.   Price, A.R.,  Annual Report on Possible Scientific Misconduct, *NIH Guide to Grants and Contracts* 20 (9) 3 (March 1, 1991)

24.   Price, A.R.,  Institutional Assurances, Annual Reports, and OSI Liaison, presentation at the Office of Scientific Integrity Regional Meeting in Washington, D.C. (March 14, 1991)

25.   Price, A.R.,  On Institutional Assurances, Annual Reports, and OSI Liaison, a presentation at the Office of Scientific Integrity Regional Meeting in Seattle, Washington (March 28, 1991)

24

**BIBLIOGRAPHY:**

**Research-Administrative Papers and/or Presentations:**

    <u>For NIH / Office of Scientific Integrity (continued)</u>:

26.    Price, A.R.,  Regarding Institutional Assurances, Annual Reports, and OSI Liaison, and Conducting Inquiries and Investigations, two presentations at the Office of Scientific Integrity Regional Meeting in New Orleans, Louisiana (April 15, 1991)

27.    Price, A.R., and Hallum, J.V., The Office of Scientific Integrity Investigations: the Importance of Data Analysis, an invited presentation at the Second International Conference on Research Policies and Quality Assurance, Rome, Italy (May 6, 1991), published in *Accountability in Research* 2, 133-137 (1992)

28.    Price, A.R., The Office of Scientific Integrity and the United States Public Health Service Misconduct Regulations, an invited presentation to the Canadian Association of University Research Administrators, Ottawa, Canada (May 13, 1991)

29.    Price, A.R., The Office of Scientific Integrity and the Responsibilities of ADAMHA Extramural Staff, presentation at the Alcohol, Drug Abuse and Mental Health Administration course: Fundamentals of ADAMHA Extramural Activities, Rockville, Maryland (June 21, 1991)

30.    Price, A.R., The Office of Scientific Integrity and the Public Health Service's Misconduct Regulations, a presentation to the Association of Colleges and University Offices, Washington, D.C. (July 15, 1991)

31.    Price, A.R., The Office of Scientific Integrity and the Public Health Service's Misconduct Regulations, a presentation to the American Association of State Colleges and Universities, Washington, D.C. (October 7, 1991)

32.    Price, A.R., OSI Response to the Primary Speaker on Scientific Integrity:  Is There a Problem in the Behavioral Sciences? -- a presentation at the American Psychological Association Conference at Vanderbilt University, Nashville, Tennessee (October 11, 1991)

33.    Price, A.R.,  Annual Assurance Update and Report on Possible Misconduct in Science, *NIH Guide to Grants and Contracts* 21 (4) 2 (January 31, 1992)

34.    Price, A.R., The Issue of Scientific Misconduct in Publications, the Office of Scientific Integrity, and the Public Health Service's Misconduct Regulations, a presentation to the national Medical Library Association, Washington, D.C. (May 18, 1992)

25

**BIBLIOGRAPHY:**

**Research-Administrative Papers and/or Presentations:**

    **For U.S. Public Health Service / Office of Research Integrity:**

35.    Price, A.R.,The United States Government Scientific Misconduct Regulations and the Handling of Issues Related to Research Integrity, a presentation to the International Society for Environmental Epidemiology's annual meeting, Cuernavaca, Mexico (August 28, 1992), published in the *Journal of Exposure Analysis and Environmental Epidemiology* 3, Suppl. 1, 9-20 (1993)

36.    Price, A.R., Issues in Research Integrity, a presentation to the National Institutes of Health Office of Education's Biomedical Public Policy course for the Undergraduate Research Semester Program, Bethesda, Maryland (November 3, 1992)

37.    Price, A.R., Current Issues in Scientific Misconduct and Research Integrity, a presentation to the students and faculty of the American Red Cross' Holland Laboratories, Rockville, Maryland (November 13, 1992)

38.    Price, A.R., Current Controversies in Scientific Integrity, a presentation to the postdoctoral students and faculty of the School of Medicine of the University of California at San Diego, La Jolla, California (April 8, 1993)

39.    Price, A.R., and Fields, K.L., Education in Research Integrity in the Intramural Research Program, presentations to the Laboratory Chiefs of the National Institute for Allergy and Infectious Diseases, National Institutes of Health, Bethesda, Maryland (April 20 and 26, 1993)

40.    Price, A.R., Current Issues in Research Integrity: Controversies over the Definition of Scientific Misconduct, a panel presentation to the Third Conference on Research Policies and Quality Assurance: Government Regulations, Baltimore, Maryland (May 4, 1993)

41.    Price, A.R., Current Controversies in Scientific Misconduct Investigations, a presentation to the Division of Cancer Prevention and Control, National Cancer Institute, National Institutes of Health, Rockville, Maryland (June 16, 1993)

42.    Price, A.R., Organizer and Chairman and for the Office of Research Integrity/American Association for the Advancement of Science "Conference on Plagiarism and Theft of Ideas," National Institutes of Health, Bethesda, Maryland (June 21-22, 1993) -- Introduction to the Conference, and Introduction to Handling Allegations of Plagiarism.
       [ the full *ORI/AAAS Conference Proceedings* (papers and full discussion statements) were compiled and edited by A.R. Price, then printed for distribution by ORI in 1995, and the detailed proceedings are available at http://ori.dhhs.gov/documents/aaas.pdf,  http://ori.dhhs.gov/documents/aaas2.pdf, and http://ori.dhhs.gov/documents/aaas3.pdf ]

26

**BIBLIOGRAPHY:**

**Research-Administrative Papers and/or Presentations:**

   **For PHS / Office of Research Integrity (continued):**

43.   Fields, K.L., and Price, A.R., Problems in Research Integrity Arising from Misconceptions About Ownership of Research, *Academic Medicine (Supplement)* 68(9), S60-S64 (1993), online at: http://journals.lww.com/academicmedicine/Abstract/1993/09000/Problems_in_research_integrity_ arising_from.36.aspx

44.   Price, A.R., Current Controversies in Scientific Integrity and the Role of the Office of Research Integrity, a presentation to a faculty colloquium at Michigan State University, East Lansing, Michigan (September 21, 1993)

45.   Price, A.R., Current Controversies in Scientific Integrity and the Role of the Office of Research Integrity, a presentation to a faculty seminar at the Medical College of Ohio, Toledo, Ohio (September 24, 1993)

46.   Price, A.R., and Fields, K.L., Current Issues in Research Misconduct Including Investigations of PHS Intramural Research, a presentation to the Associate Directors for Science of the Centers for Disease Control and Prevention, Atlanta, Georgia (November 16, 1993)

47.   Price, A.R., and Fields, K.L., Disputes over Authorship and Credit on Scientific Reports and Publications, a presentation for a faculty seminar of the Center for Bioethics, University of Maryland, Baltimore, Maryland (March 22, 1994)

48.   Price, A.R., Definitions and Boundaries of Research Misconduct: Perspectives from a Federal Government Viewpoint, *Journal of Higher Education* 65(3), 286-297 (May/June 1994)

49.   Price, A.R., Handling Allegations, a presentation to a workshop on Ensuring Research Integrity in the PHS Intramural Programs, National Institutes of Health, Bethesda, Maryland (May 18, 1994)

50.   Price, A.R., Office of Research Integrity Scientific Misconduct Investigations, organized and presented as a panel of members for the Annual Meeting of the American Society for Biochemistry and Molecular Biology, Washington, D.C. (May 23, 1994)

51.   Price, A.R., The Office of Research Integrity and the Analysis of Cases of Sloppy Scientists, chairman and speaker on an invited panel for the annual meeting of Public Responsibility in Medicine and Research, Boston, Massachusetts (November 3, 1994)

27

**BIBLIOGRAPHY:**

**Research-Administrative Papers and/or Presentations:**

    <u>For PHS / Office of Research Integrity (continued)</u>:

52.    Price, A.R., Misconduct in Science and Fostering Integrity in Research, speaker on panel for the annual meeting of the National Council of University Research Administrators, Washington, D.C. (November 9, 1994)

53.    Price, A.R., Plagiarism and Copyright Violation in Academic Integrity, invited speaker for the Council of Editors of Learned Journals at the annual meeting of the South Atlantic Modern Languages Association, Baltimore, Maryland (November 12, 1994)

54.    Price, A.R., The 1993 ORI / AAAS Conference on Plagiarism and Theft of Ideas, an invited paper for a special issue of the *Journal of Information Ethics* <u>3</u>(2): 54-63 (Fall 1994)

55.    Price, A.R., chairman for a Division of Research Investigations' workshop for a National Institutes of Health extramural staff course on research regulations, Bethesda, Maryland (June 20, 1995)

56.    Price, A.R., Allegation Assessments and Oversight of Scientific Misconduct Cases, part of a Division of Research Investigations' presentation for the National Institutes of Health's Research Integrity Officers, Bethesda, Maryland (October 5, 1995)

57.    Price, A.R., ORI Defended, a Letter to the Editor, regarding comments in a Letter to the Editor about the ORI/AAAS Plagiarism Conference, *Nature* <u>379</u>: 11 (1996)

58.    Price, A.R., Federal Actions Against Plagiarism in Research, *Journal of Information Ethics* <u>5</u>: 34-51 (Spring 1996)

59.    Price, A.R., Update on Issues and Types of Interactions with University Officials at the Office of Research Integrity, breakfast panel presentation, with the National Science Foundation Office of Inspector General staff, at a "Practicum on Responding to Allegations of Scientific Misconduct," conducted by the Association of American Medical Colleges and the American Association for the Advancement of Science, San Diego, California (January 28, 1997)

60.    Price, A.R., Handling Inquiries into Allegations of Scientific Misconduct, a presentation at the Office of Research Integrity's Introductory Workshop for Institutional Misconduct Officials, National Institutes of Health, Bethesda, Maryland (June 6, 1997)

61.    Price, A.R., ORI Experiences with Anonymous Whistleblowers, a presentation to a focus group on anonymity in whistleblowing, for the American Association for the Advancement of Science, Washington, D.C. (June 18, 1997)

28

**BIBLIOGRAPHY:**

**Research-Administrative Papers and/or Presentations:**

    <u>**For PHS / Office of Research Integrity (continued):**</u>

62.    Price, A.R., Conference Summary Observations, and Case Studies for Alternative Dispute Resolution Workshop, both presented at the Conference on Managing Research Integrity, cosponsored by the Office of Research Integrity and University of Michigan, Ann Arbor, Michigan (February 11, 1998)

63.    Price, A.R., Investigator and Institutional Responsibilities in Ownership and Management of Data: Common Misconceptions and Disputes, presented to the University of Maryland at Baltimore Ethics Roundtable, Baltimore, Maryland (February 26, 1998)

64.    Price, A.R., Anonymity and Pseudonymity in Whistleblowing to the U.S. Office of Research Integrity, *Academic Medicine* <u>73</u>: 467-472 (1998), online at: http://journals.lww.com/academicmedicine/Abstract/1998/05000/Anonymity_and_pseudonymity_in_whistleblowing_to.9.aspx

65.    Price, A.R., Federal Actions Against Plagiarism in Research [a reprinting of the 1996 *Journal of Information Ethics* article, on request and with permission] in: *The Encyclopedia of Library and Information Science,* (A. Kent, editor) Volume 62, Supplement 25, pp. 132-146 (August 1998)

66.    Price, A.R., Plagiarism versus Credit Disputes, a presentation to the Council of Biology Editors and the Association of Earth Science Editors joint conference, Washington, D.C. (September 11, 1998)

67.    Price, A.R., Anonymous "Poison Pen" Letters vs. Allegations of Misconduct, a letter to the editor, *Academic Medicine* <u>73</u>: 1027 (1998)

68.    Price, A.R., Plagiarism versus Credit Disputes, a presentation to the Greater Washington Area Consortium on Research Integrity, hosted by the Association of American Medical Colleges, Washington, D.C. (December 14, 1998)

69.    Price, A.R., Ethics of Authorship and Publication, a presentation at the University of Texas Health Science Center conference on Research Integrity: A Professional, Ethical, and Social Obligation, cosponsored by the Office of Research Integrity, in Houston, Texas (March 11, 1999)

70.    Price, A.R., Controversies and Commitment to Integrity in Research, a presentation to the faculty and students of the science division at St. Mary's Honors College in St. Mary's County, Maryland (March 24, 1999)

29

BIBLIOGRAPHY:

**Research-Administrative Papers and/or Presentations:**

    <u>For PHS / Office of Research Integrity (continued)</u>:

71.    Price, A.R., Comparison of NSF and ORI Policies on Handling Allegations of Research Misconduct, a panel presentation with NSF OIG, at the Physicians for Responsibility in Medicine and Research conference, cosponsored by the Office of Research Integrity, in Bethesda, Maryland (May 13, 1999)

72.    Price, A.R., Data Ownership, Sharing, and Access, a panel presentation with NIH and Massachusetts Institute of Technology officers, at the Physicians for Responsibility in Medicine and Research Conference on Educating for the Responsible Conduct of Research in the Next Millennium, cosponsored by the Office of Research Integrity, in Bethesda, Maryland (May 13, 1999)

73.    Price, A.R., Institutional and Government Interactions, a panel presentation by representatives of universities and government for the Sigma Xi Conference on Ethical Challenges and Practical Solutions for Managers in Research, in Albuquerque, New Mexico (September 10, 1999); see at http://ori.hhs.gov/documents/ethical_challenges.pdf; published in the *Sigma Xi Workshop Proceedings*, pp. 53-83 (February 2000)

74.    Price, A.R., Research Integrity 101, a panel presentation with the Research Integrity Officer to scientific review administrators at the Center for Scientific Review, National Institutes of Health, Rockville, Maryland (September 15, 1999)

75.    Price, A.R., Role of the Research Integrity Officer During Each Stage of the Process with ORI, a panel presentation with the NIAID RIO at an Extramural Program Management Committee meeting, National Institutes of Health, Bethesda, Maryland (November 3, 1999)

76.    Price, A.R., Research Integrity Officer and ORI Interactions with Review and Program Staff in the Center for Scientific Review and NIH Institutes, a panel presentation with the CSR RIO at an Extramural Program Management Committee meeting, National Institutes of Health, Bethesda, Maryland (November 3, 1999)

77.    Price, A.R., Sequestration and Handling Physical Evidence in Scientific Misconduct Cases, a panel presentation for the National Council of University Research Administrators teleconference on Making the Right Moves in Research Misconduct Inquiries, Atlantic Studios, Washington, D.C. (March 24, 2000)  http://nationalethicscenter.org/resources/585/download/Part3.pdf - pp. 8-10.

78.    Price, A.R., Sequestration and Handling Physical Evidence in Scientific Misconduct Cases for ORI, a panel presentation at the American Association for the Advancement of Science conference, Responding to Allegations of Research Misconduct: A Practicum, St. Charles, Illinois (June 4, 2000)

30

BIBLIOGRAPHY:

**Research-Administrative Papers and/or Presentations:**

  <u>For PHS / Office of Research Integrity (continued):</u>

79.  Price, A.R., Who are the Victims of Research Misconduct, and What are Your 'Rights' as a Research Student?  —  a talk to graduate students at the University of Oklahoma Health Science Center, Oklahoma City, Oklahoma (December 8, 2000)

80.  Price, A.R., How to Protect Yourself from Research Misconduct in Your Laboratory, a talk to faculty of the Oklahoma Medical Research Foundation, Oklahoma City, Oklahoma (December 8, 2000)

81.  Price, A.R., Handling Research Misconduct at the HHS Office of Research Integrity (ORI), a presentation to a workshop for the Federal Misconduct Officials Network, Department of Health and Human Services Building, Washington, D.C. (February 1, 2001)

82.  Price, A.R., How to Protect Yourself from Research Misconduct in Your Laboratory, a panel talk at the American Society for Biochemistry and Molecular Biology meeting, at the Federation of American Societies for Experimental Biology Annual Meeting, Orlando, Florida (April 2, 2001)

83.  Price, A.R., Compliance with Sequestration of Physical Evidence in Scientific Misconduct Cases for ORI, panel talks at two breakout sessions at the Office of Research Integrity / The Johns Hopkins University Conference on Research Compliance, Baltimore, Maryland (May 7, 2001)

84.  Price, A.R., Handling plagiarism cases in the Office of Research Integrity vs. collaborators' authorship, credit, and intellectual property disputes, a panel presentation on "Whose work is it, anyway?  The ethics of scholarship," for the Health Care Management Division at the Academy of Management's annual meeting, Washington, D.C. (August 4, 2001)

85.  Price, A.R., Your role as program, review, and grants officers in reporting allegations of scientific misconduct to NIH and ORI, a seminar presentation for staff of the National Institute for Nursing Research, National Institutes of Health, Bethesda, Maryland (September 27, 2001)

86.  Price, A.R., ORI's rapid response for technical assistance (RRTA) Program, as speaker, as well as chief organizer for the Office of Research Integrity, of the ORI Workshop on Advanced Investigative Techniques for Research Misconduct, held at Lister Hill Center, National Institutes of Health, Bethesda, Maryland (September 24-25, 2001)

87.  Price, A.R., What research misconduct is Not for ORI, a formal presentation at the University of Alabama at Birmingham / Office of Research Integrity conference on Training in the Responsible Conduct of Research, Birmingham, Alabama (November 17, 2001)

31

**BIBLIOGRAPHY:**

**Research-Administrative Papers and/or Presentations:**

      **For PHS / Office of Research Integrity (continued):**

88.    Price, A.R., How to protect yourself from research misconduct in your laboratory, a breakout presentation at the University of Alabama at Birmingham / Office of Research Integrity conference on Training in the Responsible Conduct of Research, Birmingham, Alabama (November 17, 2001)

89.    Price, A.R., How to protect your department and biochemistry faculty from research misconduct allegations in the laboratory, a presentation on a panel at the Association of Medical and Graduate Departments of Biochemistry Chairperson's annual meeting, Grenada, W.I. (January 19, 2002)

90.    Price, A.R., ORI's rapid response for technical assistance (RRTA) Program, as speaker, as well as chief organizer for the Office of Research Integrity, of the ORI Workshop on Advanced Investigative Techniques for Research Misconduct, held at Lister Hill Center, National Institutes of Health, Bethesda, Maryland (March 20-21, 2002)

91.    Price, A.R., Paying Attention to Scientific Misconduct Issues, seminar for program, review, and grants management staff at the National Institute of Diabetes and Digestive and Kidney Diseases, Rockville, Maryland (April 24, 2002)

92.    Price, A.R., Integrity in Research: Advice from the Office of Research Integrity - or How to Protect Yourself from Research Misconduct in Your Laboratory, International Society for Magnetic Resonance Imaging in Medicine Annual Meeting, Honolulu, Hawaii (May 23, 2002)

93.    Price, A.R., Jurisdictional Issues, and Essentials of Adequate Reporting, two panel talks at the Office of Research Integrity Conference on Fostering Integrity in Clinical Research at Academic Medical Centers, Baltimore, Maryland (September 9 and 10, 2002)

94.    Price, A.R., and Fields, K.L., The Office of Research Integrity and Cases Involving Graduate Students as Victims, Catholic University Biology Department Seminar (September 16, 2002)

95.    Price, A.R., How to Protect Yourself from Research Misconduct in the Laboratory, talk for students and faculty at the Biochemistry Ethics Course, Biochemistry Department, University of Minnesota Twin Cities Campuses (October 21, 2002)

96.    Price, A.R., COGR Members Talk with the Office of Research Integrity's directors, and followup discussion with question and answer session at the Council on Government Relations Annual Meeting, Washington, D.C. (October 25, 2002)

32

**BIBLIOGRAPHY:**

**Research-Administrative Papers and/or Presentations:**

    <u>**For PHS / Office of Research Integrity (continued):**</u>

97.    Price, A.R., and Rhoades, L., NCURA on-line with The Office of Research Integrity, an on-line bulletin board/conference call for the members of the National Council of University Research Administrators, Washington, D.C. (January 14, 2003)

98.    Price, A.R., Handling Allegations Involving Extramural Research at the National Institutes of Health, a panel presentation for the Research Integrity Officers of the NIH Institutes, Bethesda, Maryland (February 3, 2003)

99.    Price, A.R., and Davidian, N.M., Dealing with Scientific Misconduct Issues at NHLBI, a seminar for extramural research administrative staff at the National Heart Lung and Blood Institute, Rockville, Maryland (March 18, 2003)

100.    Price, A.R., Welcome to the Office of Research Integrity / University of Michigan Summit Conference on Interviewer Falsification in Survey Research, a presentation to the attendees at the Survey Research Center, University of Michigan, Ann Arbor, Michigan (April 4, 2003)

101.    Price, A.R., Responsible Scientific Writing and Related Research Misconduct Case Studies, lecture for the American Speech Language Hearing Association conference on Secrets for Success for New Research Investigators, Savannah, Georgia (May 1, 2003)

102.    Price, A.R., Update on Office of Research Integrity: Regulations and Research and Education Grants Programs, panel presentation for the American Speech Language Hearing Association conference on Secrets for Success for New Research Investigators, Savannah, Georgia (May 2, 2003)

103.    Price, A.R., Is 'Curbstoning' in Surveys ORI research misconduct? – a presentation to the Department of Health and Human Services' Data Council, Washington, D.C. (May 14, 2003)

104.    Price, A.R., Is 'Curbstoning' in Surveys ORI research misconduct? - a panel presentation at a workshop at the Annual Meeting of the American Association for Public Opinion Research, Nashville, Tennessee (May 16, 2003)

105.    Price, A.R., National Institutes of Health Intramural Officials' Responsibilities in Handling Allegations of Misconduct, a presentation to the National Institutes of Health Intramural Program Scientific Directors, Bethesda, Maryland (May 21, 2003)

106.    Price, A.R., Reporting to or Getting Help from the Office of Research Integrity, a panel presentation at the National Institutes of Health Regional Seminar, Baltimore, Maryland (June 11, 2003)

33

**BIBLIOGRAPHY:**

**Research-Administrative Papers and/or Presentations:**

    <u>For PHS / Office of Research Integrity (continued)</u>:

107.    Price, A.R., Authorship Issues - Avoiding Plagiarism and Credit Disputes, a panel presentation at the Office of Research Integrity / Office for Human Research Protections / New York City Universities' National Research Integrity and Human Research Protections Workshop, New York, New York (September 9, 2003)

108.    Price, A.R., Welcome to the ORI / University of Connecticut Conference on Research Misconduct and Integrity, a talk to attendees, Avon, Connecticut (October 9, 2003)

109.    Price, A.R., Handling Allegations of Research Misconduct as a Research Integrity Officer, a panel presentation at the Office of Research Integrity / University of Connecticut Health Science Center Conference on Research Misconduct and Integrity, Avon, Connecticut (October 9, 2003)

110.    Price, A.R., Outcomes from Research Misconduct Cases for ORI, a panel presentation at the Office of Research Integrity / University of Connecticut Health Science Center Conference on Research Misconduct and Integrity, Avon, Connecticut (October 9, 2003)

111.    Price, A.R., Dealing with Scientific Misconduct: Responses from Academe, Oversight and Advisory Bodies, and Regulatory Agencies, a panel presentation at the Council of Science Editors' Retreat, Landsdowne, Virginia (November 8, 2003)

112.    Price, A.R., Coming Full Circle: Can Misconduct Be Prevented? - a panel presentation at the Council of Science Editors' Retreat, Landsdowne, Virginia (November 9, 2003)

113.    Price, A.R., Meet the Feds: Questions and Answers Off the Record, a panel session at the Public Responsibility in Medicine and Research 2003 Annual IRB Conference, Washington, D.C. (December 6, 2003)

114.    Price, A.R., Office of Research Integrity and its Regulatory Status, a talk at the Hawaiian Chapter of the Society for Research Administrators and the Office of Human Research Protections conference, Waikiki, Honolulu, Hawaii (February 10, 2004)

115.    Price, A.R., Investigating Allegations and Preventing Scientific Misconduct in Research – An ORI Perspective, a panel presentation at the Hawaiian Chapter of the Society for Research Administrators and the Office of Human Research Protections conference, Waikiki, Honolulu, Hawaii (February 11, 2004)

34

**BIBLIOGRAPHY:**

**Research-Administrative Papers and/or Presentations:**

   **For PHS / Office of Research Integrity (continued):**

116.   Price, A.R., Avoiding "Plagiarism" Allegations Due to Authorship and Credit Disputes, a panel presentation at the Hawaiian Chapter of the Society for Research Administrators and the Office of Human Research Protections conference, Waikiki, Honolulu, Hawaii (February 11, 2004)

117.   Price, A.R., Case studies of authorship disputes that came to ORI, a talk at the Conference on Research Integrity, University of Maryland at College Park, College Park, Maryland (April 14, 2004)

118.   Price, A.R., Who commits fraud?  Are some scientists any different from a few business leaders? — a talk to the Potomac Rotary Club, Potomac, Maryland (April 21, 2004)

119.   Price, A.R., Curbstoning as research misconduct? — a talk to the Big Ten Committee on Institutional Cooperation meeting of Research Integrity Officers, Chicago, Illinois (April 30, 2004)

120.   Price, A.R., Avoiding plagiarism and misconduct, a panel talk at the Duke University Medical Center to a faculty group interested in research integrity (June 11, 2004)

121.   Price, A.,R., ORI cases and regulations, a panel talk at the National Association of College and University Attorneys, Vancouver, British Columbia, Canada (June 17, 2004)

122.   Price, A.R., Is 'curbstoning' in surveys 'research misconduct'? — a panel talk at the American Statistical Association's Joint Statistical Meeting, Toronto, Ontario, Canada (August 11, 2004): "Curbstoning in survey research and required reporting to the Office of Research Integrity," *2004 Proceedings of the American Statistical Association, Statistical Methods Section* [CD-ROM]

123.   Price, A.R., Is 'curbstoning' in surveys 'research misconduct'? —  a talk to the staff of the    Research Triangle Institute, Durham, North Carolina (December 7, 2004)

124.   Price, A.R., Book Review:  *The great betrayal: fraud in science* by Horace Freeland Judson, Harcourt Press, 2004,  *Journal of Clinical Investigations* 115: 198, 2005 [see at http://www.ncbi.nlm.nih.gov/pmc/articles/PMC546437/]

125.   Price, A.R., How to protect yourself from research misconduct in your laboratory, a talk at the University of Minnesota's workshop on Promoting an Ethical Research Culture," Minneapolis, Minnesota (March 9, 2005)

35

**BIBLIOGRAPHY:**

**Research-Administrative Papers and/or Presentations:**

    <u>**For PHS / Office of Research Integrity (continued):**</u>

126.    Price, A.R., ORI and Clinical Research Integrity and Misconduct in Clinical Trials, a talk at a seminar for clinical research staff at the University of Minnesota Medical School, Minneapolis, Minnesota (March 9, 2005)

127.    Price, A.R., University Compliance with ORI's Regulations on Misconduct, a panel talk at the University of Minnesota workshop on Promoting an Ethical Research Culture" (March 9, 2005)

128.    Price, A.R., The Office of Research Integrity and NIH, a panel talk for the Extramural Program   Staff of the National Institute of Diabetes and Digestive Disorders and Kidney, National Institutes   of Health, Bethesda, Maryland (May 11, 2005)

129.    Price, A.R., Clinical research misconduct and the role of the Institutional Review Board (IRB),        a panel talk for the annual meeting of the National Association of IRB Managers, Detroit, Michigan (May 20, 2005)

130.    Price, A.R., Problems in dealing with Privilege and Tenure Committees in scientific misconduct investigations, a workshop for University of California System and Campuses Research Integrity Officers and Counsels (June 12, 2005)

131.    Price, A.R., Responding to allegations of research misconduct, a panel talk at the University of California at Davis Conference on How to Be an Effective Research Integrity Officer, Sacramento, California (June 13, 2005)

132.    Price, A.R., Best practices in dealing with inquiry and investigation committees, a panel talk at the University of California at Davis Conference on How to Be an Effective Research Integrity Officer, Sacramento, California (June 13, 2005)

133.    Price, A.R., The Office of Research Integrity's findings of plagiarism, a talk at the New York University / Columbia University / St. John's University Conference on Plagiarism Across the Science Disciplines, New York City, New York (October 1, 2005)

134.    Price, A.R., Research Misconduct: highlights of trends and preventing research misconduct in the laboratory, a talk at the Idaho State University Conference on Responsible Conduct of Research: Essentials for Research Success and Integrity, Pocatello, Idaho (October 20, 2005)

36

**BIBLIOGRAPHY:**

**Research-Administrative Papers and/or Presentations:**

    <u>**For PHS / Office of Research Integrity (continued)**</u>:

135.    Price, A.R., Curbstoning: research misconduct in survey research, a panel talk at the Idaho State University Conference on Responsible Conduct of Research: Essentials for Research Success and Integrity, Pocatello, Idaho (October 20, 2005)

136.    Price, A.R., The Office of Research Integrity and NIH, a panel talk for the Extramural Program Staff of the National Center for Research Resources, National Institutes of Health, Bethesda, Maryland (October 28, 2005)

137.    Price, A.R., ORI and integrity in clinical research, organizer and host for the Office of Research Integrity invited workshop at the Annual Meeting of the Physicians for Responsibility in Medicine and Research, Boston, Massachusetts (December 3, 2005)

138.    Price, A.R., Clinical research misconduct and the role of the IRB [Institutional Review Board for Human Subjects Protection], a panel presentation at the Annual Meeting of the Physicians for Responsibility in Medicine and Research, Boston, Massachusetts (December 3, 2005)

139.    Price, A.R., Cases of plagiarism handled by the United States Office of Research Integrity, *Plagiary* <u>1</u>: 1-11 (2006), available online at University of Michigan Library: http://quod.lib.umich.edu/p/plag/5240451.0001.001?rgn=main;view=fulltext

140.    Abbrecht, P., Davidian, N., Merrill, S., and Price, A.R., The Role of the Office of Research Integrity in Cancer Clinical Trials, Chapter 13, pp. 231-239, in: *Cancer Clinical Trials: Proactive Strategies*, edited by Stanley P.L. Leong, Springer, New York, 2007

141.    Soskolne, C.L., Abbrecht, P.H., Davidian, N.M., and Price, A.R., Good conduct and integrity in epidemiologic research, Chapter 13, pp. 264-282, in *Ethics and Epidemiology, 2ⁿᵈ Edition,* edited by Steven Coughlin, Tom Beauchamp, and Douglas Weed, Oxford University Press, 2009

    <u>**As Price Research Integrity Consultant Experts / Educator**</u>:

142.    Price, A.R., Research misconduct in investigator-initiated trials, talk at the Investigational New Drugs Compliance Conference hosted by the University of Arkansas for Medical Sciences, Little Rock, Arkansas (April 17, 2007)

**BIBLIOGRAPHY:**

**Research-Administrative Papers and/or Presentations:**

   **As Price Research Integrity Consultant Experts / Educator (continued)**:

143.   Price, A.R., Major Cases of the Office of Research Integrity, and How to Protect Yourself from Research Misconduct in Your Laboratory, talks for the research ethics training courses and for the seminar for Cell and Molecular Biology Program graduate students at University of Texas at Austin, Austin, Texas (January 10, February 25, and May 29, 2008)

144.   Price, A.R., Major Cases of the Office of Research Integrity, and How to Protect Yourself from Research Misconduct in Your Laboratory, a talk for the research ethics training course for Psychology and Neuroscience graduate students at the University of Texas at Austin, Austin, Texas (February 19, 2008)

145.   Price, A.R., Major Cases of the Office of Research Integrity, and How to Protect Yourself from Research Misconduct in Your Laboratory, a talk for the research ethics training course for graduate students at the University of Texas Medical Branch, Galveston, Texas (May 21, 2008)

146.   Price, A.R., ORI Clinical Fraud Cases including Plagiarism, and Research Misconduct cases and the ORI, talks for faculty, students and staff of the Arkansas Children's Hospital Research Institute at The University of Arkansas for Medical Sciences, Little Rock, Arkansas (December 15, 2009)

147.   Price, A.R., Career Choices and Research Integrity in Biochemistry, talk for the Biochemistry Graduate Student Seminar, University of Texas at Austin, Austin, Texas (February 8, 2011)

148.   Price, A.R., The Office of Research Integrity and Misconduct Cases - Interactions with Journal Editors, a webinar presentation for the Council of Science Editors' Ethics Education Committee, online from Pontiac, Michigan, broadcasting countrywide on a panel of experts (August 23, 2011)

149.   Price, A.R., ORI cases and How to Protect Yourself from Research Misconduct in Your Laboratory, the first talk for their NSF Distinguished Speaker Seminar Series on Experiencing Ethics, University of Houston, Houston, Texas (November 7, 2011)

150.   Price, A.R., Scenarios for Graduate Students in Research Ethics, talk for the Computational Physiology Graduate Students, University of Houston, Houston, Texas (November 7, 2011)

151.   Price, A.R., ORI cases and How to Protect Yourself from Research Misconduct in Your Laboratory, talk for the faculty of at the Stem Cell Research Division of the University of Washington Medical School, South Lake Union, Seattle, Washington (May 18, 2012)

38

**BIBLIOGRAPHY:**

**Research-Administrative Papers and/or Presentations:**

**As Price Research Integrity Consultant Experts / Educator (continued):**

152.   Price, A.R., and Daroff, R. (former Editor-in-Chief of *Neurology*), Model for Editor and ORI Cooperation in Handling the Allegation, Investigation, and Resolution of a Difficult Case of Research Misconduct (against Dr. James Abbs, University of Wisconsin), talk for Council of Science Editors Annual Meeting's Short Course on Publication Ethics, Seattle, Washington (May 19, 2012)

153.   Price, A.R., The Federal Response to Research Misconduct, 1980-present, and the Construction of 42 CFR 50 Part A and subsequently 42 CFR 93, keynote speech for the ORI at 20: Reassessing Research Integrity: A Leadership Conference, Baltimore, Maryland (April 3, 2013)

154.   Price, A.R., Public research misconduct cases in Texas: what we can learn from them and how to avoid such a case in your lab, an invited talk for faculty and students of the University of Houston, Houston, Texas (April 29, 2013)

155.   Price, A.R., Research misconduct and its federal regulation: the origin and history of the Office of Research Integrity – with personal views by ORI's former Associate Director for Investigative Oversight, *Accountability in Research* 20(5-6): 291–319 (2013) http://www.tandfonline.com/doi/pdf/10.1080/08989621.2013.822238#.UkmnjZ0o5eU

156.   Price, A.R., Public research misconduct cases in Texas: what we can learn from them, an invited talk for biochemistry graduate students of the University of Texas, Austin, Austin, Texas (October 14, 2013)

157.   Price, A.R., Editor and ORI Cooperation and Issues of Fairness in Handling Allegations, Investigation, and Resolution of Difficult Cases of Research Misconduct and Retraction, talk for Council of Science Editors Annual Meeting's Short Course on Publication Ethics, San Antonio, Texas (May 3, 2014)

158.   Price, A.R., and Daroff, R., Historical Model for Editor and Office of Research Integrity Cooperation in Handling Allegations, Investigation, and Retraction in a Contentious (Abbs) Case of Research Misconduct, *Accountability in Research* 22(2): 63-80 (2015) http://www.tandfonline.com/doi/full/10.1080/08989621.2014.901894

159.   Price, A.R., Editor, RIO, and ORI Cooperation in Handling Allegations, Investigations, and Resolution of Cases of Research Misconduct, talk for Council of Science Editors Annual Meeting's Short Course on Publication Ethics, Denver, Colorado  (May 15, 2016)

39

**BIBLIOGRAPHY:**

**Research-Administrative Papers and/or Presentations:**

<u>**As Price Research Integrity Consultant Experts / Educator (continued):**</u>

160. Price, A.R., Editor, RIO, and ORI Cooperation, and Issues of Fairness, in Handling Allegations, Investigation, and Resolution of Difficult Cases of Research Misconduct and Retraction, talk for Council of Science Editors Annual Meeting's Short Course on Publication Ethics, New Orleans, Louisiana (May 6, 2018)

06/24/2019